# **Exhibit A**

