# **Exhibit C**

# United States Patent Office

652,217
Registered Sept. 24, 1957

## SUPPLEMENTAL REGISTER
## Trademark

Ser. No. 677,621, filed P. R. Sept. 28, 1954;
Am. S. R. Mar. 4, 1957



Neuva Fabrica de Hielo, S. A. (Cuban company), doing business as Cerveceria La Tropical.
Columbia Road, Corner of San Agustin St.
Marianao, Havana, Cuba.

For: BEER AND CEREAL MALT BEVERAGES, in CLASS 48.
The word "Cristal" is the Spanish word for "crystal."
Owner of Cuban Reg. Nos. 90,437 and 90,439, dated Sept. 24, 1954.