# **Exhibit F**

**A** Neutral
As of: September 25, 2023 12:58 PM Z

# *Cawy Bottling Co. v. Maltina Corp.*

Supreme Court of the United States

Dec 11, 1972

No. 72-577.

**Reporter**
1972 U.S. LEXIS 4352 *; 409 U.S. 1060; 93 S. Ct. 555; 34 L. Ed. 2d 512; 176 U.S.P.Q. (BNA) 33

CAWY BOTTLING CO., INC. *v.* MALTINA CORP. ET AL.

**Prior History:** **[*1]** C.A. 5th Cir.

Reported below: *462 F.2d 1021*.

# Opinion

Certiorari denied. (See also No. 72-600, *supra*.)

End of Document