# **Exhibit H**

# Copyright Office of the United States

## THE LIBRARY OF CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCUMENT WAS RECORDED IN THE COPYRIGHT OFFICE ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

DATE OF RECORDATION

22Jun01

| VOLUME | PAGE |
|--------|------|
| 3470 | 686 |

| VOLUME | PAGE |
|--------|------|



OFFICIAL SEAL

*Marybeth Peters*

Register of Copyrights and Associate Librarian for Copyright Services

Fees are effective through June 30, 2002. After that date, check the Copyright Office Web site at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

**DOCUMENT COVER SHEET**
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)

JUN 22 2001

| Month | Day | Year |

Volume _3470_ Page _686_

Volume _____ Page _____

FUNDS RECEIVED

Do not write above this line.

**To the Register of Copyrights:**

*Please record the accompanying original document or copy thereof.*

FOR OFFICE USE ONLY

**1** Name of the party or parties to the document spelled as they appear in the document. (List up to the first three)

La Tropical Brewing Company, LLC

Three Palms Holdings, LLC

**2** Date of execution and/or effective date of the accompanying document

June 11, 2001
(month) (day) (year)

**3** Completeness of document
☐ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

Description of document
☒ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☐ Other _____

**5** Title of first work as given in the document VA 1-005-951 Cerveza La Tropical Label Design
VAu 472-139 Tropical Design; Malta Cristal Label Design

**6** Total number of titles in document 3

**7** Amount of fee calculated
$ 80.00

**8** Fee enclosed
☒ Check
☐ Money Order

☐ Fee authorized to be charged to :
Copyright Office
Deposit Account number _____

Account name _____

**9** Affirmation:* I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.
(Affirmation *must* be signed even if you are also signing Space 10.)

Signature _[signature]_
Date June 19, 2001
305.579.0812     305.579.0717
Phone Number     Fax Number

**10** Certification:* Complete this certification in addition to the Affirmation if a photocopy of the original signed document is substituted for a document bearing the actual signature.
NOTE: This space *may not* be used for an official certification.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature _[signature]_
Attorney For Transferor
Duly Authorized Agent of:
Date 6/19/01

Recordation will be mailed in window envelope to this address:

Name▼ Manuel R. Valcarcel, Esq. c/o Greenberg Traurig, PA
Number/Street/Apt▼ 1221 Brickell Avenue
City/State/ZIP▼ Miami, FL 33131

**YOU MUST:**
• Complete all necessary spaces
• Sign your Cover Sheet in Space 9
**SEND ALL 3 ELEMENTS TOGETHER:**
1. Two copies of the Document Cover Sheet
2. Check/money order payable to Register of Copyrights
3. Document
**MAIL TO:**
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

The recordation fee is for the D o c u m e n t Cover Sheet is $50 and $15 for each group of 10 additional titles as of July 1, 1999.

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C.§1001.
June 1999—20,000
WEB REV: June 1999     ♻ PRINTED ON RECYCLED PAPER


V3470 D686

V3470 D686   Page 1

## COPYRIGHT ASSIGNMENT

**WHEREAS**, La Tropical Brewing Company, LLC, a Florida limited liability company with its principal offices located at 117 Majorca Avenue, Coral Gables, Florida  33134, hereinafter "ASSIGNOR," is the owner of all right, title and interest in and to certain works of authorship consisting of graphic designs specified in Schedule A attached hereto, including all copyrights thereto (collectively, the "Copyrights"); and

**WHEREAS**, Three Palms Holdings, L.L.C., a Florida limited liability company, with its principal offices located at 117 Majorca Avenue, Coral Gables, Florida  33134, hereinafter "ASSIGNEE" is desirous of acquiring all right, title and interest in and to the Copyrights.

**NOW, THEREFORE,** in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and adequacy of which are hereby mutually acknowledged, ASSIGNOR hereby irrevocably sells, assigns, transfers and conveys unto ASSIGNEE, its successors  and assigns, all right, title and interest in and to the Copyrights.

**IN WITNESS WHEREOF**, ASSIGNOR, by and through its undersigned duly authorized representative, has caused this Assignment to be executed on this _11_ day of June, 2001.

ASSIGNOR:

LA TROPICAL BREWING COMPANY, LLC

By:_____
    Name:  Manuel J. Portuondo
    Title:   President and Managing Member

## ACKNOWLEDGMENT

STATE OF FLORIDA          )
                          )
COUNTY OF MIAMI DADE      )

    **I HEREBY CERTIFY** that on this day, before me, an officer duly authorized in the State and County aforesaid, the foregoing instrument was acknowledged before me by Manuel J. Portuondo, the President and Managing Member of La Tropical Brewing Company, LLC, who is personally known to me or who has produced _____ as identification.

    **WITNESS** my hand and official seal in the County and State last aforesaid this _11_ day of June, 2001.

_____
Notary Public

Hilda A. Rodriguez
Commission # CC 743627
Expires June 27, 2002
BONDED THRU
ATLANTIC BONDING CO., INC.

Typed, printed or stamped name of Notary Public

## SCHEDULE A

| Copyrights | U.S. Copyright Reg. No. |
|---|---|
| 1.  Tropical Design | VA 1-005-951 |
| 2.  Tropical Beer Label Design | VAu  472-139 |
| 3.  Malta Cristal Label Design | [pending] |

Case 1:23-cv-24354-DPG-KS Document 1-11 Entered on FLSD Docket 11/13/2023 Page 7 of 65

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REGIS

**VAu 472-139**

VAU-0000472139a

**EFFECTIVE DATE OF REGISTRATION**

Jul 12 1999
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**    *United States of America*

Tropical Design

**NATURE OF THIS WORK ▼** See Instructions

Logo & Insignia

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**

La Tropical Brewing Company, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**

1999 ◀ Year
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____ ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

La Tropical Brewing Company, LLC
117 Majorca Avenue, First Floor East
Coral Gables, Florida  33134

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED** JUL 12 1999  APR 27 2000

**ONE DEPOSIT RECEIVED** JUL 12 1999

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Case 1:23-cv-24350-DPG Document 1 Entered 09/27/23 Page 5 of 6
V3470_D686 - Page 5
Case 1:23-cv-24350-KS Document 10 Filed 09/27/22 Page 50 of 65

EXAMINED BY _____

CHECKED BY

☑ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a
See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                      Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

   La Tropical Brewing Company, LLC
   Attn: Manuel J. Portuondo, Jr., President and Managing Member
   117 Majorca, First Floor East
   Coral Gables, FL  33134
Area code and daytime telephone number ▶ (305) 444-4451          Fax number ▶ (    )
Email ▶

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
   ☐ author
   ☐ other copyright claimant
   ☐ owner of exclusive right(s)
   ☒ authorized agent of  La Tropical Brewing Company, LLC
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
   Manuel J. Portuondo, Jr., President and Managing Member          Date ▶ 7/ic/99

Handwritten signature (X) ▼
X _____

**Mail certificate to:**
Name ▼ Attn: Manuel J. Portuondo, Jr., President
La Tropical Brewing Company, LLC
Number/Street/Apt ▼
117 Majorca, First Floor East
City/State/ZIP ▼
Coral Gables, FL  331 34

**Certificate will be mailed in window envelope**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20* filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*Registration filing fees are effective through June 30, 1999. For the latest fee information, write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1996—125,000
WEB REV. July 1998

✿ PRINTED ON RECYCLED PAPER

☼U.S. GOVERNMENT PRINTING OFFICE: 1996-432-381/80,014

