# Exhibit I

FORM PTO-1594 (modified)
08/21/92

RECORDED 06-27-2001

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

To the Honorable Assistant Secretary and remarks: Please record the attached original document(s) or copy(ies) thereof.

101762213

| | |
|---|---|
| **1. Name of conveying party(ies):** La Tropical Brewing Company, LLC (2001) | **2. Name and address of receiving party(ies):** Name: Three Palms Holdings, LLC Street Address 117 Majorca Avenue Coral Gables, Florida 33134 |

1. Name of conveying party(ies):
La Tropical Brewing Company, LLC  (2001)

☐ Individual(s)  ☐ Association
☐ General Partnership  ☐ Limited Partnership (Florida)
☐ Corporation-State/Florida
☒ Other - A Florida Limited Liability Company

Additional name(s) of conveying party(ies) attached?

☐ Yes or ☒ No?

2. Name and address of receiving party(ies):
Name:  Three Palms Holdings, LLC
Street Address  117 Majorca Avenue
                        Coral Gables, Florida 33134

☐ Individual(s) citizenship
☐ Association
☐ General Partnership
☐ Limited Partnership (Florida)
☐ Corporation (Florida)
☒ Other – A Florida Limited Liability Company

If assignee is not domiciled in the United States, a domestic

Representative designation is attached: ☐ Yes or ☒ No?
(Designations must be a separate document from Assignment)

Additional name(s) & address(es) attached? ☐ Yes or ☒ No?

3. Nature of conveyance:

☒ Assignment of Interest  ☐ Merger
☐ Security Agreement  ☐ Change of Name
☐ Other

Execution Date:  June 11, 2001

4. Application number(s) or registration number(s): Attorney Docket No.: 29814 – La Tropical Brewing Co.

A.  Trademark Application No.(s)
75/650,475;  75/522,936;  75/724,029;  75/643,689;
75/561,455;  76/176,010

B.  Trademark Registration No.(s)
1,788,369
2,407,138
2,453,571

Additional numbers attached?  ☐ Yes or ☒ No?

5. Name and address of party to whom correspondence concerning document should be mailed:

Name:  Manuel R. Valcarcel, Esq.
Internal Address:
Street Address: 1221 Brickell Avenue
City: Miami  , State: Florida  ZIP: 33131

6. Total number of applications and registrations involved:  9    1x$40=$40

7. Total fee (37 C.F.R. § 3.41)    8x$25=$200 .
☒ Enclosed
☒ Authorized any deficiency to be charged to deposit account

8. Deposit account Number:  50-1792
(Attach duplicate copy of this page if paying by deposit account)

**DO NOT USE THIS SPACE**

9. Statement and Signature.
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

Manuel R. Valcarcel, Esq.
Name of Person Signing

Signature

June 19, 2001
Date

Total number of pages including cover sheet(s): 4

OMB No. 0651-0011 (exp. 4/94)

06/26/2001 TD1AZ1  00000172 75650475
01 FC:481      40.00 OP
02 FC:482     200.00 OP

TRADEMARK
REEL: 002320 FRAME: 0378

## TRADEMARK ASSIGNMENT

**WHEREAS**, La Tropical Brewing Company, LLC, a Florida limited liability company having its principal offices located at 117 Majorca Avenue, Coral Gables, Florida 33134, hereinafter, "ASSIGNOR," is desirous of transferring all rights it may have in and to the trademarks shown on the Schedule attached hereto ("The Marks"); and

**WHEREAS**, Three Palms Holdings, L.L.C., a Florida limited liability company having its principal offices located at 117 Majorca Avenue, Coral Gables, Florida 33134, hereinafter, "ASSIGNEE," is desirous of acquiring all right, title and interest in, to and under The Marks, and the goodwill associated therewith.

**NOW, THEREFORE**, in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and adequacy of which are hereby mutually acknowledged, ASSIGNOR hereby irrevocably sells, assigns, transfers and conveys unto ASSIGNEE, its successors and assigns, all right, title and interest it may have in and to: The Marks, including but not limited to all common law rights in, to and under The Marks; all other rights in, to and under The Marks, together with the goodwill of the business symbolized by The Marks; any and all rights to royalties, profits, compensations, license fees or other payments or remuneration of any kind relating to The Marks and/or the goodwill under The Marks; and all claims or causes of action ASSIGNOR has or may have in connection with The Marks, including, but not limited to, the right to sue and recover damages for any and all past infringements of any of The Marks.

**IN WITNESS WHEREOF**, ASSIGNOR, by and through its undersigned duly authorized officer, has caused this Assignment to be executed on this _11_ day of June, 2001.

ASSIGNOR:

LA TROPICAL BREWING COMPANY, LLC

By: _____

Name:    Manuel J. Portuondo

Title:     President and Managing Member

STATE OF FLORIDA      )
                           ) SS:
COUNTY OF MIAMI DADE   )

      **I HEREBY CERTIFY** that on this day, before me, an officer duly authorized in the State and County aforesaid, the foregoing instrument was acknowledged before me by Manuel J. Portuondo, as President and Managing Member of La Tropical Brewing Company, LLC, a Florida limited liability company, who is personally known to me or who has produced _____ as identification.

      WITNESS my hand and official seal in the County and State last aforesaid this _11_ day of June, 2001.

                              _____
                              Notary Public

                              Hilda A. Rodriguez
                              Commission # CC 743627
                              Expires June 27, 2002
                              BONDED THRU
                              ATLANTIC BONDING CO., INC.
                      Typed, printed or stamped name of Notary Public

**TRADEMARK**
**REEL: 002320 FRAME: 0380**

| Mark | Reg No./Applic. Ser. No. | Class |
|---|---|---|
| **A. U.S.** | | |
| 1.   Tropical | Fed. Reg. No. 1,788,369 | 32 (beer) |
| 2.   Tropical | Puerto Rico Reg. No. 31,640 | 32 (beer) |
| 3.   Cerveza La Tropical | Fed. Applic. Ser. No. 75/650,475 | 25 (clothing) |
| 4.   Cerveza La Tropical and Design | Fed. Applic. Ser. No. 75/522,936 | 32 (beer) |
| 5.   Cristal and Design | Fed. Applic. Ser. No. 75/724,029 | 32 (malta) |
| 6.   Cristal | Fed. Reg. No. 2,407,138 | 32 (malta) |
| 7.   Cuba's First Beer | Fed. Applic. Ser. No. 75/643,689 | 32 (beer) |
| 8.   La Primera Cerveza Cubana | Fed. Reg. No. 2,453,571 | 32 (beer) |
| 9.   Tranquilo con Tropical | Fed. Applic. Ser. No. 75/561,455 | 32 (beer) |
| 10.  Do you Babalu? | Fed. Applic. Ser. No. 76/176,010 | 32 (beer) |
| | | |
| **B. CANADA** | | |
| Cerveza La Tropical and Design | Applic. Ser. No. 898,760 | 32 (beer) |
| **C. FRANCE** | | |
| Cerveza La Tropical and Design | Reg. No. 98/764,090 | 32 (beer) |
| **D. ITALY** | | |
| Cerveza La Tropical and Design | Applic. Ser. No. T098C003661 | 32 (beer) |

\\MIA-SRV01\VALCARCELM\1313620v02\6/4/01\29814.010100

3

RECORDED: 06/20/2001

TRADEMARK
REEL: 002320 FRAME: 0381

**RAMON BLANCO HERRERA HOLDINGS, L.C.**
310 Fernwood
Key Biscayne, Florida 33145

May 19, 2001

Mr. Manuel J. Portuondo, Managing Member
Three Palms Holdings, LLC
117 Majorca Avenue
Coral Gables, Florida 33134

Re:     Assignment of CRISTAL trademark rights outside Cuba

Dear Manny:

By this letter, Ramon Blanco Herrera Holdings L.C. ("RBHH"), hereby irrevocably sells, assigns, transfers and conveys to Three Palms Holdings, LLC ("TPH"), all right, title and interest in and to the CRISTAL mark as used in connection with beer and malta outside the country of Cuba, together with the goodwill of the business symbolized by said mark including, but not limited to, all common law rights, all rights to royalties, profits, compensation, license fees, or any other remuneration of any kind relating to the rights assigned hereby, all claims or causes of action relating to use of the CRISTAL mark in connection with beer or malta outside the country of Cuba, including but not limited to the right to sue and recover damages under any applicable laws. RBHH hereby also sells, assigns, transfers and conveys to TPH all right, title and interest in and to the labels, formulas and methods relating to the CRISTAL beer and malta beverages produced by Cerveceria La Tropical/ Nueva Fabrica de Hielo S.A., in Havana, Cuba, which was controlled by the Blanco Herrera family, since 1888, said rights inuring since prior to the confiscation/nationalization of same by the Castro government.

In exchange for the rights conveyed to TPH, TPH agrees to pay to RBHH an annual royalty equal to thirty percent (30%) of the net income received by TPH from sales of beer using the CRISTAL mark outside the country of Cuba, as calculated by TPH's accountants in connection with preparation of TPH's annual financial statements using generally accepted accounting principles consistently applied.

RBHH represents and warrants that it has all necessary power, right and authority to assign the rights assigned hereby, that it has not granted and will not grant any interest to any third party or execute any agreements inconsistent herewith.

Please acknowledge on behalf of TPH, TPH's agreement with respect to the foregoing by signing on the space provided below.

ACKNOWLEDGED AND AGREED, this 19 day of May, 2001.

> RAMON BLANCO HERRERA
> HOLDINDS L.C.
>
> By _____
> Name:  Ramon Blanco Herrera
> Title: _PRESIDENT_____

STATE OF FLORIDA            )
                            )  ss.:
COUNTY OF MIAMI-DADE        )

The foregoing instrument was acknowledged before me this _19_ day of May in the year 2001 by Ramon Blanco Herrera, as _PRESIDENT___ of Ramon Blanco Herrera Holdings L.C., a Florida limited liability company, on behalf of the company. He is personally known to me or has produced _____ as identification.

Notary: _____

NOTARY SEAL          Print Name: _Hilda A. Rodriguez_

Notary Public, State of Florida

My commission expires: _____

Hilda A. Rodriguez
Commission # CC 743627
Expires June 27, 2002
BONDED THRU
ATLANTIC BONDING CO., INC.

-2-

THREE PALMS HOLDINGS, LLC

By: _____
Name: Manuel J. Portuondo
Title: Managing Member

STATE OF FLORIDA            )
                            )  ss.:
COUNTY OF MIAMI-DADE        )

    The foregoing instrument was acknowledged before me this *19* day of May in the year 2001 by Manuel J. Portuondo, as the Managing Member of Three Palms Holdings , L.L.C., a Florida limited liability company, on behalf of the company. He is personally known to me or has produced _____ as identification.

Notary: _____

Print Name: _____
Hilda A. Rodriguez

NOTARY SEAL

Notary Public, State of Florida

My commission expires:

Hilda A. Rodriguez
Commission # CC 743627
Expires June 27, 2002
BONDED THRU
ATLANTIC BONDING CO., INC.

MIA-SRV01\VALCARCELM\1310442v01\5/10/01\29814.010100

-3-