# **Exhibit J**



| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-09-26 16:53:44 EDT |
| **Mark:** | CRISTAL |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 77520192 | **Application Filing Date:** | Jul. 11, 2008 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | DEAD/APPLICATION/Refused/Dismissed or Invalidated<br><br>This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active. |
| **Status:** | Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. | | |
| **Status Date:** | Sep. 07, 2010 | | |
| **Date Abandoned:** | Jul. 23, 2010 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | CRISTAL |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Translation:** | The English translation of CRISTAL in the mark is glass. |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Nonalcoholic beverage brewed from filtered water, barley malt, caramel malt, mellow malt, fructose, corn syrup and hops commonly known as "malta" | | |
| **International Class(es):** | 032 - Primary Class | **U.S Class(es):** | 045, 046, 048 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Three Palms Holdings, LLC |
| Owner Address: | 1825 Ponce de Leon Blvd. #235<br>Coral Gables, FLORIDA UNITED STATES 33134 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY |
| State or Country Where Organized: | FLORIDA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| Attorney Name: | Manuel Valcarcel, Esq. | Docket Number: | 029814.01010 |
| Attorney Primary Email Address: | ipmiami@gtlaw.com | Attorney Email Authorized: | Yes |

### Correspondent

| | |
|---|---|
| Correspondent Name/Address: | MANUEL VALCARCEL, ESQ.<br>GREENBERG TRAURIG, P.A.<br>1221 BRICKELL AVE STE 1840<br>MIAMI, FLORIDA UNITED STATES 33131-3238 |
| Phone: | 3055790812 |
| Fax: | 3059615812 |
| Correspondent e-mail: | ipmiami@gtlaw.com |
| Correspondent e-mail Authorized: | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 07, 2010 | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | |
| Sep. 07, 2010 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Jan. 22, 2010 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Jan. 22, 2010 | FINAL REFUSAL E-MAILED | |
| Jan. 22, 2010 | FINAL REFUSAL WRITTEN | 72503 |
| Nov. 02, 2009 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Nov. 01, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Nov. 01, 2009 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 01, 2009 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 01, 2009 | NON-FINAL ACTION E-MAILED | 6325 |
| May 01, 2009 | NON-FINAL ACTION WRITTEN | 72503 |
| Apr. 29, 2009 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Apr. 28, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Apr. 28, 2009 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 28, 2008 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 28, 2008 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 28, 2008 | NON-FINAL ACTION WRITTEN | 72503 |
| Oct. 20, 2008 | ASSIGNED TO EXAMINER | 72503 |
| Jul. 18, 2008 | NOTICE OF PSEUDO MARK MAILED | |
| Jul. 17, 2008 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| TM Attorney: | DALIER, JOHN DAVID | Law Office Assigned: | LAW OFFICE 106 |

### File Location

| | | | |
|---|---|---|---|
| Current Location: | TMEG LAW OFFICE 106 - EXAMINING ATTORNEY ASSIGNED | Date in Location: | Sep. 07, 2010 |

Case 1:23-cv-20454-DPG-KSC Document 142-1 Entered on FLSD Docket 11/26/2023 Page 4 of 11

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-09-26 16:40:02 EDT |
| **Mark:** | CERVEZA PALMA CRISTAL LE PREFERIDA DE CUBA |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 76540556 | **Application Filing Date:** | Aug. 13, 2003 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | DEAD/APPLICATION/Refused/Dismissed or Invalidated<br><br>This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active. |

| | |
|---|---|
| **Status:** | Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. |
| **Status Date:** | Dec. 06, 2004 |
| **Date Abandoned:** | Nov. 11, 2004 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | CERVEZA PALMA CRISTAL LE PREFERIDA DE CUBA |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Disclaimer:** | "CERVEZA" |
| **Translation:** | The English translation of the mark is "Beer Palm Crystal The Preferred of Cuba". |
| **Design Search Code(s):** | 05.01.03 - Palm trees<br>05.13.03 - Grasses<br>20.03.10 - Labels, alcohol bottles; Bottles, labels for alcohol bottles; Alcohol bottle labels; Bottle labels; Labels for bottles<br>26.03.17 - Ovals, concentric; Ovals within ovals; Concentric ovals; Concentric ovals and ovals within ovals<br>26.03.21 - Ovals that are completely or partially shaded<br>26.09.21 - Squares that are completely or partially shaded<br>26.13.13 - Two quadrilaterals; Quadrilateral (two quadrilaterals)<br>26.13.16 - Quadrilaterals touching or intersecting<br>26.13.21 - Quadrilaterals that are completely or partially shaded |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Beer | | |
| **International Class(es):** | 032 - Primary Class | **U.S Class(es):** | 045, 046, 048 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |

|  |  |  |  |
|---|---|---|---|
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Three Palms Holdings, LLC |
| Owner Address: | 1825 Ponce de Leon Boulevard, #235<br>Coral Gables, FLORIDA UNITED STATES 33134 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY |
| State or Country Where Organized: | FLORIDA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| Attorney Name: | Manuel R. Valcarcel | Docket Number: | 29814.010100 |
| Attorney Primary Email Address: | Valcarcelm@gtlaw.com | Attorney Email Authorized: | No |

### Correspondent

| | | | |
|---|---|---|---|
| Correspondent Name/Address: | MANUEL R VALCARCEL<br>GREENBERG TRAURIG, PA<br>1221 BRICKELL AVE<br>MIAMI, FLORIDA UNITED STATES 33131 | | |
| Phone: | 305-579-0812 | Fax: | 305-579-0717 |
| Correspondent e-mail: | Valcarcelm@gtlaw.com | Correspondent e-mail Authorized: | No |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 06, 2004 | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | |
| Dec. 06, 2004 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| May 10, 2004 | NON-FINAL ACTION MAILED | |
| Mar. 26, 2004 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Mar. 26, 2004 | PAPER RECEIVED | |
| Mar. 08, 2004 | NON-FINAL ACTION MAILED | |
| Mar. 04, 2004 | ASSIGNED TO EXAMINER | 76505 |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| TM Attorney: | KEATING, MICHAEL P | Law Office Assigned: | LAW OFFICE 113 |

### File Location

| | | | |
|---|---|---|---|
| Current Location: | TMO LAW OFFICE 113 - EXAMINING ATTORNEY ASSIGNED | Date in Location: | Dec. 06, 2004 |



| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-09-26 16:50:49 EDT |
| **Mark:** | CERVEZA PALMA CRISTAL LA PREFERIDA DE CUBA |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 76620184 | **Application Filing Date:** | Nov. 12, 2004 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | DEAD/APPLICATION/Refused/Dismissed or Invalidated<br><br>This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active. |
| **Status:** | Abandoned after an inter partes decision by the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. | | |
| **Status Date:** | Oct. 04, 2006 | | |

**Publication Date:** Oct. 11, 2005
**Date Abandoned:** Oct. 04, 2006

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | CERVEZA PALMA CRISTAL LA PREFERIDA DE CUBA |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Disclaimer:** | "CERVEZA" or "BEER", "CRISTAL" or "CRYSTAL" and "LA PREFERIDA DE CUBA". |
| **Translation:** | The English translation of the Spanish wording "CERVEZA, CRISTAL and LA PREFERIDA DE CUBA" is "BEER", "CRYSTAL and/or GLASS", and "THE PREFERRED OF CUBA" |
| **Design Search Code(s):** | 05.01.03 - Palm trees<br>26.03.17 - Ovals, concentric; Ovals within ovals; Concentric ovals and ovals within ovals; Concentric ovals<br>26.09.21 - Squares that are completely or partially shaded<br>26.13.13 - Two quadrilaterals; Quadrilateral (two quadrilaterals)<br>26.13.16 - Quadrilaterals touching or intersecting<br>26.13.21 - Quadrilaterals that are completely or partially shaded<br>26.17.01 - Lines, straight; Bars, straight; Straight line(s), band(s) or bar(s); Bands, straight<br>26.17.06 - Lines, diagonal; Diagonal line(s), band(s) or bar(s); Bars, diagonal; Bands, diagonal |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Beer | | |
| **International Class(es):** | 032 - Primary Class | **U.S Class(es):** | 045, 046, 048 |
| **Class Status:** | ABANDONED | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Three Palms Holdings, LLC |
| Owner Address: | 1825 Ponce de Leon Boulevard, #235<br>Coral Gables, FLORIDA UNITED STATES 33134 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY |
| State or Country Where Organized: | FLORIDA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| Attorney Name: | Manuel R. Valcarcel | Docket Number: | 29814.010100 |
| Attorney Primary Email Address: | Valcarcelm@gtlaw.com | Attorney Email Authorized: | No |

### Correspondent

| | |
|---|---|
| Correspondent Name/Address: | MANUEL R VALCARCEL<br>GREENBERG TRAURIG PA<br>1221 BRICKELL AVE<br>MIAMI, FLORIDA UNITED STATES 33131 |
| Phone: | 305-579-0812 |
| Fax: | 305.579.0717 |
| Correspondent e-mail: | Valcarcelm@gtlaw.com |
| Correspondent e-mail Authorized: | No |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 04, 2006 | ABANDONMENT NOTICE MAILED - INTER PARTES DECISION | |
| Oct. 04, 2006 | ABANDONMENT - AFTER INTER PARTES DECISION | |
| Oct. 04, 2006 | OPPOSITION SUSTAINED NO. 999999 | 167751 |
| Nov. 28, 2005 | OPPOSITION INSTITUTED NO. 999999 | 167751 |
| Nov. 21, 2005 | OPPOSITION PAPERS RECEIVED AT TTAB | |
| Oct. 11, 2005 | PUBLISHED FOR OPPOSITION | |
| Sep. 21, 2005 | NOTICE OF PUBLICATION | |
| Jun. 28, 2005 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76523 |
| Jun. 24, 2005 | ASSIGNED TO LIE | 76523 |
| Jun. 23, 2005 | EXAMINER'S AMENDMENT MAILED | |
| Jun. 22, 2005 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 22, 2005 | EXAMINERS AMENDMENT -WRITTEN | 66384 |
| Jun. 18, 2005 | ASSIGNED TO EXAMINER | 66384 |
| Nov. 22, 2004 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| TM Attorney: | GOLD, BARBARA A | Law Office Assigned: | LAW OFFICE 106 |

### File Location

| | | | |
|---|---|---|---|
| Current Location: | TTAB | Date in Location: | Oct. 04, 2006 |

## Proceedings

| Summary | |
|---|---|
| Number of Proceedings: | 1 |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| Proceeding Number: | 91167751 | Filing Date: | Nov 10, 2005 |
| Status: | Terminated | Status Date: | Oct 04, 2006 |
| Interlocutory Attorney: | DAVID M MERMELSTEIN | | |

| Defendant | |
|---|---|
| Name: | Three Palms Holdings, LLC |
| Correspondent Address: | MANUEL R. VALCARCEL<br>GREENBERG TRAURIG, P.A.<br>1221 BRICKELL AVENUE<br>MIAMI FL UNITED STATES , 33131 |
| Correspondent e-mail: | valcarcelm@gtlaw.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CERVEZA PALMA CRISTAL LA PREFERIDA DE CUBA | | 76620184 | |

| Plaintiff(s) | |
|---|---|
| Name: | Union de Cervecerias Peruanas Backus Y |
| Correspondent Address: | DAVID A. GAST<br>MALLOY & MALLOY, P.A.<br>2800 S.W. THIRD AVENUE<br>MIAMI FL UNITED STATES , 33129 |
| Correspondent e-mail: | dgast@malloylaw.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CERVEZA CRISTAL BEER | | 76437149 | 2956457 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 10 | TERMINATED | Oct 04, 2006 | |
| 9 | BOARD'S DECISION: SUSTAINED | Oct 04, 2006 | |
| 8 | P'S MOTION FOR DEFAULT JUDGEMENT | Aug 18, 2006 | |
| 7 | Caption of proceeding updated with Opposer's correct name | Feb 13, 2006 | |
| 6 | Plaintiff's Mot to Amend Caption | Jan 25, 2006 | |
| 5 | SUSPENDED | Jan 05, 2006 | |
| 4 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Jan 05, 2006 | |
| 3 | PENDING, INSTITUTED | Nov 28, 2005 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Nov 28, 2005 | Jan 07, 2006 |
| 1 | FILED AND FEE | Nov 10, 2005 | |

Generated on: This page was generated by TSDR on 2023-09-26 16:55:41 EDT
Mark: MALTA CRISTAL LA TROPICAL



US Serial Number: 77934224
Application Filing Date: Feb. 12, 2010
Register: Principal
Mark Type: Trademark

TM5 Common Status Descriptor: 

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

Status: Abandoned because no Statement of Use or Extension Request timely filed after Notice of Allowance was issued. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.
Status Date: Mar. 05, 2012

Publication Date: Dec. 07, 2010  Notice of Allowance Date: Feb. 01, 2011
Date Abandoned: Mar. 05, 2012

## Mark Information

Mark Literal Elements: MALTA CRISTAL LA TROPICAL
Standard Character Claim: No
Mark Drawing Type: 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)
Description of Mark: The mark consists of a background composed of horizontal lines with the word "MALTA" in stylized form above and to the left of the words "LA TROPICAL" in stylized form with an oval design of three palms to the right of the words "LA TROPICAL", and the word "CRISTAL" disposed between the words "MALTA" and "LA TROPICAL" in an upwardly inclined rhombus-shaped unlined contrasting background.
Color(s) Claimed: Color is not claimed as a feature of the mark.
Disclaimer: "MALTA"
Translation: The English translation of "malta", "cristal" and "la tropical" in the mark is malt, crystal, and the tropical.
Design Search Code(s): 05.01.03 - Palm trees
26.03.01 - Ovals as carriers and single line borders
26.13.01 - Quadrilaterals as carriers or as single or multiple line borders
26.17.01 - Lines, straight; Straight line(s), band(s) or bar(s); Bars, straight; Bands, straight
26.17.05 - Lines, horizontal; Horizontal line(s), band(s) or bar(s); Bars, horizontal; Bands, horizontal

## Related Properties Information

Claimed Ownership of US Registrations: 1788369, 3582867

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: non-alcoholic beverage brewed from filtered water, barley malt, caramel malt, mellow malt, fructose, corn syrup and hops, commonly known as "malta."

|  |  |  |  |
|---|---|---|---|
| **International Class(es):** | 032 - Primary Class | **U.S Class(es):** | 045, 046, 048 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Three Palms Holdings, LLC |
| **Owner Address:** | 1825 Ponce De Leon Blvd. #235<br>Coral Gables, FLORIDA UNITED STATES 33134 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | FLORIDA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Manuel Valcarcel, Esq. | **Docket Number:** | 029814.01010 |
| **Attorney Primary Email Address:** | ipmiami@gtlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Manuel Valcarcel, Esq.<br>Greenberg Traurig, P.A.<br>Suite 4400<br>333 Avenue of the Americas<br>Miami, FLORIDA UNITED STATES 33131 |
| **Phone:** | (305) 579-0812 |
| **Fax:** | (305) 961-5812 |
| **Correspondent e-mail:** | ipmiami@gtlaw.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 05, 2012 | ABANDONMENT NOTICE MAILED - NO USE STATEMENT FILED | |
| Mar. 05, 2012 | ABANDONMENT - NO USE STATEMENT FILED | 99999 |
| Jun. 16, 2011 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 14, 2011 | SOU EXTENSION 1 GRANTED | 98765 |
| Jun. 14, 2011 | SOU EXTENSION 1 FILED | 98765 |
| Jun. 14, 2011 | SOU TEAS EXTENSION RECEIVED | |
| Feb. 01, 2011 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 07, 2010 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 07, 2010 | PUBLISHED FOR OPPOSITION | |
| Nov. 03, 2010 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 73787 |
| Nov. 03, 2010 | ASSIGNED TO LIE | 73787 |
| Nov. 03, 2010 | ASSIGNED TO LIE | 59554 |
| Nov. 02, 2010 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 21, 2010 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 21, 2010 | EXAMINER'S AMENDMENT ENTERED | 88888 |

| Oct. 21, 2010 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| --- | --- | --- |
| Oct. 21, 2010 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 21, 2010 | EXAMINERS AMENDMENT -WRITTEN | 82110 |
| Oct. 13, 2010 | ASSIGNED TO EXAMINER | 82110 |
| Sep. 22, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED | 76869 |
| Sep. 22, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 76869 |
| Sep. 22, 2010 | ASSIGNED TO LIE | 76869 |
| Sep. 10, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Mar. 12, 2010 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 12, 2010 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 12, 2010 | NON-FINAL ACTION WRITTEN | 80798 |
| Mar. 01, 2010 | ASSIGNED TO EXAMINER | 80798 |
| Feb. 25, 2010 | ASSIGNED TO EXAMINER | 68110 |
| Feb. 19, 2010 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Feb. 18, 2010 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Feb. 16, 2010 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** CARL III, FRED  **Law Office Assigned:** LAW OFFICE 108

**File Location**

**Current Location:** INTENT TO USE SECTION  **Date in Location:** Feb. 01, 2011