# **<u>Exhibit K</u>**

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

**United States Patent and Trademark Office**

Reg. No. 2,664,974
Registered Dec. 24, 2002

## TRADEMARK
### PRINCIPAL REGISTER



THREE PALMS HOLDING, LLC (FLORIDA LTD LIAB CO)
117 MAJORCA AVENUE
CORAL GABLES, FL 33134 , BY ASSIGNMENT LA TROPICAL BREWING COMPANY, LLC (FLORIDA LIMITED LIABILITY COMPANY) CORAL GABLES, FL 33134

FOR: NON-ALCOHOLIC BEVERAGE BREWED FROM FILTERED WATER, BARLEY MALT, CARAMEL MALT, MELLOW MALT, FRUCTOSE, CORN SYRUP AND HOPS, COMMONLY KNOWN AS "MALTA", IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-1-2000; IN COMMERCE 3-1-2000.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALTA", APART FROM THE MARK AS SHOWN.

THE LINING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

"CRISTAL" TRANSLATES INTO ENGLISH AS "GLASS" AND "MALTA" TRANSLATES INTO ENGLISH AS "MALT".

SER. NO. 75-724,029, FILED 6-8-1999.

CAROLYN GRAY, EXAMINING ATTORNEY