# **Exhibit L**

## INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT (this "**Assignment**") is made and entered into on December 23, 2016, but is effective as of the Closing Date, by and between Three Palms Holdings, LLC, a Florida limited liability company ("**Assignor**"), and La Tropical Holdings B.V., a private limited liability company (besloten vennootschap met beperkte aansprakelijkheid) organized under the laws of the Netherlands and having its principal offices located at Tweede Weteringplantsoen 21, 1017 ZD Amsterdam, The Netherlands, in its capacity as the General Partner of La Tropical Holdings C.V., a commanditaire vennootschap organized under the laws of the Netherlands ("**Assignee**") (Assignor and Assignee are each hereinafter referred to as a "**Party**," and collectively, as the "**Parties**"). Capitalized terms used but not defined herein shall have the meanings ascribed thereto in the Contribution Agreement (as defined below).

WHEREAS, the Parties have entered into that certain Contribution and Sale Agreement, dated as of December 23, 2016 (the "**Contribution Agreement**"), pursuant to which, on the terms and subject to the conditions set forth in the Contribution Agreement, Assignor agreed to contribute, convey, transfer, assign and deliver to Assignee at the Closing, free and clear of any Liens, all of Assignor's right, title and interest in, to and under the Contributed IP Assets; and

WHEREAS, Assignee wishes to acquire and accept all of Assignor's right, title and interest in, to and under the Contributed IP Assets, and Assignor wishes to convey, transfer, assign and deliver to Assignee all of such right, title and interest in, to and under the Contributed IP Assets.

NOW, THEREFORE, in consideration of the mutual promises set forth in this Assignment and the Contribution Agreement and other good and valuable consideration, the adequacy and receipt of which are hereby acknowledged, the Parties hereby agree as follows:

1. **Transfer of Contributed IP Assets**. Assignor does hereby irrevocably contribute, assign, transfer, convey and deliver to Assignee and its successors and assigns, and Assignee does hereby acquire and accept, all of Assignor's right, title and interest in, to and under the Contributed IP Assets (including, for the avoidance of doubt, all goodwill associated therewith), free and clear of all Liens throughout the universe and all rights corresponding thereto, together with all income, royalties or payments now or hereafter due or payable in relation to the Contributed IP Assets and all benefits, privileges, causes of action, common law rights, and remedies relating thereto throughout the world, including, without limitation, all of Assignor's rights to: (a) apply for and maintain all registrations, renewals and/or extensions of the Contributed IP Assets, (b) claim priority under United States law or international convention with respect to the Contributed IP Assets, (c) sue, counterclaim and otherwise bring actions and recover damages and payments for past, present, and future infringement, dilution or other violation of the Contributed IP Assets, and (d) grant licenses or other interests in and to the Contributed IP Assets.

2. **Subject to Contribution Agreement**. Assignor and Assignee acknowledge and agree that the representations, warranties, covenants, indemnities, limitations and other terms contained in the Contribution Agreement shall not be superseded hereby but shall remain in full force and effect to the full extent provided therein. In the event of any conflict or inconsistency between the terms of the Contribution Agreement and the terms hereof, the terms of the Contribution Agreement shall govern.

3. **Authorization.** Assignor does hereby authorize and request the (a) Register of Copyrights of the United States, and the corresponding entity or agency in any applicable foreign country, to record Assignee as assignee and owner of the entire right, title and interest in and to the copyrights included in the Contributed IP Assets (including those listed on Attachment A), and (b) Commissioner of Patents and Trademarks, and the corresponding entity or agency in any applicable foreign country, to

#89073380v23

record Assignee as assignee and owner of the entire right, title and interest in and to the patents and trademarks included in the Contributed IP Assets (including those listed on Attachment A).

4. **Electronic Transfer, Transfer Forms; Further Assurances**.  Assignor agrees to cooperate with Assignee, at Assignee's cost, to promptly transfer the domain names included in the Contributed IP Assets (including those listed on Attachment A) electronically from Assignor's account, as applicable, to Assignee's account (such that Assignee will be listed as the registrant of such domain names in the WHOIS database).

5. **Further Assurances**.  Assignor does hereby covenant and agree with Assignee to execute and deliver to Assignee and any successors or assigns of Assignee at Assignee's cost such other and further instruments of sale, assignment, transfer, conveyance and delivery and all such further assurances, notices, releases, acquittances and other documents, consents and waivers as may be necessary or reasonably requested by Assignee or any such successors or assigns in order to put them in possession of or vest in them or confirm, evidence, perfect, maintain, enforce or protect their title to and right to use and enjoy the Contributed IP Assets, including, without limitation, all documents necessary to record in the name of Assignee the assignment of the patents and trademarks included in the Contributed IP Assets with the United States Patent and Trademark Office and the copyrights included in the Contributed IP Assets with the United States Copyright Office and, with respect to any equivalent foreign rights, with any other appropriate foreign or international office or registrar, and any transfer documents required by a domain name registrar. In the event that Assignor fails to execute such documentation or take such actions within (5) Business Days after a written request, Assignor hereby irrevocably appoints Assignee with full and complete authority and power of attorney to act in the stead of Assignor, as Assignor's attorney-in-fact, to execute and record such documentation or take such actions.

6. **Miscellaneous**. This Assignment shall be subject to all applicable provisions of Article 10 of the Contribution Agreement. This Assignment will be null and void upon termination of the Contribution Agreement in accordance with its terms.

[*Remainder of Page Left Intentionally Blank*]

IN WITNESS WHEREOF, each Party has caused this Assignment to be duly executed on its behalf as of the day and year first above written but effective as of the Closing Date.

**THREE PALMS HOLDINGS, LLC:**

By: _____
Name: Manuel J. Portuondo
Title: Managing Member

ACKNOWLEDGEMENT

STATE OF FLORIDA )
) SS:
COUNTY OF MIAMI-DADE )

The foregoing Assignment was acknowledged before me this 22 day December, 2016 by Manuel J. Portuondo, the Managing Member of Three Palms Holdings, LLC, a Florida limited liability company. He/she is personally known to me or has produced Fla. Drivers License as identification. P635 550663980

Notary: Lisa Koger
Print Name: Lisa Koger

[NOTARIAL SEAL]
Notary Public, State of Florida
My commission expires:



LISA KOGER
Notary Public - State of Florida
Commission # FF 918865
My Comm. Expires Sep 16, 2019
Bonded through National Notary Assn.

*[Signature Page to Intellectual Property Assignment Agreement]*

IN WITNESS WHEREOF, each Party has caused this Assignment to be duly executed on its behalf as of the day and year first above written but effective as of the Closing Date.

**LA TROPICAL HOLDINGS B.V.,
in its capacity as the General
Partner of LA TROPICAL
HOLDINGS C.V.:**

By: _____
Name: M.v7. PBNJON         G.F. Keulen
Title:  *may hold*          *proxy holder*

[*Signature Page to Intellectual Property Assignment Agreement*]

## Attachment A

## Trademarks

| Mark | Record Owner | Application or Registration Number | Application or Registration Date | Jurisdiction |
|---|---|---|---|---|
| TROPICAL | Three Palms Holdings, LLC | Reg. No. 1,788,369 | August 17, 1993 | United States |
| CERVEZA LA TROPICAL | Three Palms Holdings, LLC | Reg. No. 3,582,867 | March 3, 2009 | United States |
| LA PRIMERA CERVEZA CUBANA | Three Palms Holdings, LLC | Reg. No. 3,579,728 | February 24, 2009 | United States |
| CERVEZA LA TROPICAL | Three Palms Holdings, LLC | Reg. No. 2,520,538 | December 18, 2001 (Cancelled September 19, 2008) | United States |
| CERVEZA LA TROPICAL | Three Palms Holdings, LLC | Reg. No. 2,463,216 | June 26, 2001 (Cancelled March 29, 2008) | United States |
| CERVEZA LA TROPICAL | Three Palms Holdings, LLC | Reg. No. 3,590,527 | March 17, 2009 (Cancelled October 23, 2015) | United States |
| TRANQUILO CON TROPICAL | Three Palms Holdings, LLC | Reg. No. 2,502,431 | October 20, 2001 (Cancelled August 2, 2008) | United States |
| CRISTAL MALTA TROPICAL | Three Palms Holdings, LLC | Reg. No. 2,664,974 | December 24, 2002 (Cancelled May 25, 2006) | United States |
| CRISTAL | Three Palms Holdings, LLC | Reg. No. 2,407,138 | November 21, 2000 (Cancelled May 3, 2006) | United States |

Case 3:23-cv-04354-DPG-KSC Document 1-4 Entered on FLSD Docket 11/27/2023 Page 39 of 165

| LA PRIMERA CERVEZA CUBANA | Three Palms Holdings, LLC | Reg. No. 2,453,571 | May 22, 2001 (Cancelled March 1, 2008) | United States |
|---|---|---|---|---|
| SANTIAGO | Three Palms Holdings, LLC | Serial No. 86193767 | February 14, 2014 (Abandoned April 20, 2015) | United States |
| CUBANITA | Three Palms Holdings, LLC | Serial No. 86138496 | December 9, 2013 (Abandoned January 16, 2015) | United States |
| MALTA CRISTAL LA TROPICAL | Three Palms Holdings, LLC | Serial No. 77934224 | February 12, 2010 (Abandoned March 5, 2012) | United States |
| CRISTAL | Three Palms Holdings, LLC | Serial No. 77520192 | July 11, 2008 (Abandoned July 23, 2010) | United States |
| LA PREFERIDA DE CUBA | Three Palms Holdings, LLC | Serial No. 77520184 | July 11, 2008 (Abandoned June 16, 2010) | United States |
| LA PREFERIDA DE CUBA | Three Palms Holdings, LLC | Serial No. 76620183 | November 12, 2004 (Abandoned December 21, 2006) | United States |
| LA PREFERIDA DE CUBA | Three Palms Holdings, LLC | Serial No. 76540555 | August 13, 2003 (Abandoned November 11, 2004) | United States |
| CERVEZA PALMA CRISTAL LA PREFERIDA DE CUBA | Three Palms Holdings, LLC | Serial No. 76620184 | November 12, 2004 (Abandoned October 4, 2006) | United States |

| | | | | |
|---|---|---|---|---|
| CERVEZA PALMA CRISTAL LE PREFERIDA DE CUBA | Three Palms Holdings, LLC | Serial No. 76540556 | August 13, 2003 (Abandoned November 11, 2004) | United States |
| DO YOU BABALU? | Three Palms Holdings, LLC | Serial No. 76176010 | December 5, 2000 (Abandoned April 25, 2002) | United States |
| CUBA'S FIRST BEER | Three Palms Holdings, LLC | Serial No. 75643689 | February 18, 1999 (Abandoned April 19, 2003) | United States |
| CERVEZA LA TROPICAL | Three Palms Holdings, LLC | Reg. No. 98764090 | December 14, 1998 | France |
| TROPICAL | Three Palms Holdings, LLC | Reg. No. 302008901653545 | June 12, 2000 | Italy |
| CERVEZA LA TROPICAL | Three Palms Holdings, LLC | Reg. No. 577526 | March 17, 2003 | Canada |
| TROPICAL | Three Palms Holdings, LLC | Reg. No. 31,640 | August 21, 1992 (Abandoned) | Puerto Rico |
| CERVEZA LA TROPICAL | Three Palms Holdings, LLC | Reg. No. 30421618 | December 9, 2004 (Cancelled May 1, 2014) | Germany |
| CERVEZA LA TROPICAL | Three Palms Holdings, LLC | Serial No. 2184339 | Abandoned | United Kingdom |

**Copyrights**

| Title | Record Owner | Application or Registration Number | Application or Registration Date | Jurisdiction |
|---|---|---|---|---|
| Cerveza La Tropical label design | Three Palms Holdings, LLC | VA0001005951 | July 12, 1999 | United States |

7

#89073380v23

| Tropical design | Three Palms Holdings, LLC | VAu000472139 | July 12, 1999 | United States |
| Malta Cristal label design | Three Palms Holdings, LLC | VA0001082676 | January 8, 2001 | United States |

## Domain Names

| www.cervezalatropical.com |
| www.cervezatropical.com |

## Trade Name

"Cerveceria La Tropical" (previously used by Assignor in connection with its business in Miami, Florida)

*MIA 185654995v1*

8

#89073380v23