# **Exhibit M**

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-09-26 17:39:16 EDT |
| Mark: | TROPICRYSTAL |

# TROPICRYSTAL

| | | | |
|---|---|---|---|
| US Serial Number: | 97096704 | Application Filing Date: | Oct. 28, 2021 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | | LIVE/APPLICATION/Under Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| Status: | A third request for extension of time to file a Statement of Use has been granted. | | |
| Status Date: | Jul. 12, 2023 | | |

**Publication Date:** Dec. 28, 2021  **Notice of Allowance Date:** Feb. 22, 2022

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | TROPICRYSTAL |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Beers; non-alcoholic beers | | |
| International Class(es): | 032 - Primary Class | U.S Class(es): | 045, 046, 048 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | La Tropical Holdings B.V. |

| | | | |
|---|---|---|---|
| **Owner Address:** | Tweede Weteringplantsoen 21<br>Amsterdam NETHERLANDS 1017ZD | | |
| **Legal Entity Type:** | besloten vennootschap (b.v.) | **State or Country Where Organized:** | NETHERLANDS |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Allison Strickland Ricketts | **Docket Number:** | LATR 2112860 |
| **Attorney Primary Email Address:** | ricketts-docket@fzlz.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Allison Strickland Ricketts<br>FROSS ZELNICK LEHRMAN & ZISSU, P.C.<br>151 WEST 42ND ST., 17TH FL<br>NEW YORK, NEW YORK UNITED STATES 10036 |
| **Phone:** | 212-813-5967 |
| **Correspondent e-mail:** | ricketts-docket@fzlz.com Stottele-docket@fzlz.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 14, 2023 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jul. 12, 2023 | SOU EXTENSION 3 GRANTED | 98765 |
| Jul. 12, 2023 | SOU EXTENSION 3 FILED | 98765 |
| Jul. 12, 2023 | SOU TEAS EXTENSION RECEIVED | |
| Feb. 24, 2023 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 22, 2023 | SOU EXTENSION 2 GRANTED | 98765 |
| Feb. 22, 2023 | SOU EXTENSION 2 FILED | 98765 |
| Feb. 22, 2023 | SOU TEAS EXTENSION RECEIVED | |
| Aug. 10, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 08, 2022 | SOU EXTENSION 1 GRANTED | 98765 |
| Aug. 08, 2022 | SOU EXTENSION 1 FILED | 98765 |
| Aug. 08, 2022 | SOU TEAS EXTENSION RECEIVED | |
| Feb. 22, 2022 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 28, 2021 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 28, 2021 | PUBLISHED FOR OPPOSITION | |
| Dec. 08, 2021 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 23, 2021 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 23, 2021 | ASSIGNED TO EXAMINER | 94493 |
| Nov. 09, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 01, 2021 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | XU, ELAINE YILIN | **Law Office Assigned:** | LAW OFFICE 128 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | Feb. 22, 2022 |