# **Exhibit N**

