# **Exhibit O**


