# **Exhibit Q**

Transcript of Youtube.com video from "Cubanos Por El Mundo" Youtube page posted at https://www.youtube.com/watch?v=bSPXhOoJqyI titled "Is there a relation between the Cerveza Palma that is sold in Miami and Cristal of Cuba? Find out here"-English translation

Documentales 24: Darién, el infierno de los migrantes"

Frank Cuesta: Su Accidente en Helicóptero, La Mafia del PP y Su Relación con
34K views · 8 months ago

Autos/Jefes que tienen los millonarios en Cuba! No lo puedo creer😱
New OMO SABE UNA CERVEZA CUBANA cu / CATA DE CERVEZAS
2K views · 1 hour ago

Cubanos por el Mundo
voceros del regimen · 3 months ago
Cobertura especial: Donald Trump ante la justicia
20M views · 2 years ago

Cuba BRAND 🎺 Official Channel ✔
#NiPatriaNiVida | Documental sobre las desastrosas consecuencias del
2.6M views · 7 months ago

Hildina
This is the nightlife in Cuba, Havana at night!

The #1 Media & Marketing Platform for Top Lawyers. Join our Exclusive Network Today.

Expand Your Brand's Reach

All        Politics News

Ad · pipedrive.com/Sales_CRM/Platform
Try it free        Sign up

Driving
business
growth

#CubanosporelMundo #Cuba #HolaTaiOla ...more

Suscríbete a nuestro canal en YouTube: http://bit.ly/1qjbwFG
74K views · 2 years ago   MIAMI

Cubanos ...        578K subscribers
Join        Subscribe        2.1K        Share

¿Hay alguna relación entre la cerveza Palma que se vende en Miami y Cristal de
Cuba? Entérate aquí



Paquito Vlogs777
701K views • 3 weeks ago

**Video Completo Eliecer Ávila y Ricardo Alarcon ,10 años después ¿qué ha cambiado en Cuba**

Radio La Red - desde los estudios de Radio La Red - EN VIVO - López 910

RADIO LA RED AM 910
301K views • Streamed 1 month ago

**Una cerveza cubana aparece como una de las peores, según expertos**

Martí Noticias
18K views • 5 months ago          **Show more**

---

326 Comments          Sort by

**GUERRA EN UCRANIA-ESPECIAL INFORMATIVO: PUTIN ataca varias ciudades ucranianas | RTVE**

Add a comment...

RTVE Noticias ✓
5M views • Streamed 1 year ago

**@duniahernandes7216** 2 years ago
**IRIS 🌸 Música Cristiana Instrumental / Amanecer Con Dios / Calma**
Yo trabajé en un restaurante cubano en parís el dueño es francés y tiene convenios con **Espíritu Renovado 4.0**
cuba, principalmente Havana club y en esos días le habían dado cajas de cerveza cubano vs
bucanero y Palma vs cristal. Estaban promocionando...

👍 10   👎   Reply

**@nayovi2491** 2 years ago
No solo esta la cerveza sino también hay ron, chocolates, mariscos, frutas y muchas cosas
más. Lo que hay que hacer que cada cubano suba fotos en tiendas donde haya productos
cubanos, así los cubanos dentro de la isla conozcan que la escasez que hay es porque se
desvían las cosas del pueblo hacia otros países.

👍 12   👎   Reply

**@lazarobarber5915** 2 years ago
L   Viendo el video ,vuelvo a cada paso ,reaccionar a la historia,no puedo evitar reconocer q cuando
la guerra de independencia habían muchos españoles en las líneas mambisas .

👍 6   👎   Reply

**@jorgeluisherrera9873** 2 years ago
Es muy importante tu opinión. Pero esto es una prueba que cuba no tiene  bloqueo ya sea con la
cerveza, o con la comercialización o compra de pollo granos y otros. Lo más importante  es
como se filtran todas estas redes comerciales en EU quiénes las dirigen para que se tomen las
medidas correspondientes dentro de Estados Unidos

👍 3   👎   Reply

rcastillo8262 2 years ago (edited)

---

Hay mucho más en Panamá se vende mucho también  el mercado se nutre de muchas de las Cristal ...
Read more   Reply

👍 2   👎   Reply
**@julioalbertomedel496** 2 years ago
Esa pregunta al gran ni que hacerla, es la misma y es de la misma gente. Yo recuerdo que ya
desde el 2003 se vendía en españa, específicamente en el Corte Inglés y algunos otros sitios.
Es cómpro de ves en cuando mama hatuey en la bonita, también mi mujer me regaló un perfume
llamado cuba que viene siendo una imitación del veguero de cuba, así que esto viene pasando
Saludos.
desde de hace tiempo.

👍 16   👎   Reply
👍 4   👎   Reply
**@tuamigoviera** 2 years ago
Y bucanero era otra marca de cerveza que tambien se hacia en Cuba en los años 90
   ∨ 1 reply

👍 8   👎   Reply
**@anexisvidal497** 2 years ago
Eres súper, sin palabras contigo
**@nelsonvargas8578** 2 years ago
ALEX UNA PREGUNTA ALGO INFANTIL. TU PIENSAS QUE EL USDA DEPARTMENT NO SABE DE
LA PROCEDENCIA DE ESA CERVEZA CUANDO AQUI SE CONTROLA TODO PRDUCTO
IMPORTADO POR FAVOR.

👍 39   👎   Reply



# Precision
### TRANSLATING SERVICES

P.O. Box 940547 • Miami, Florida 33194
**Tel** 305.373.7874 • **Fax** 305.381.7874
www.pretran.com • info@pretran.com

**Certificate of Accuracy**

State of Florida)
County of Miami-Dade)

**Vicente de la Vega**, certified by the Administrative Office of the United States Court and by the Court Interpreters Certification Board of the State of Florida, swears, deposes and states that the attached certified translation is accurate and has been performed by a translator fully qualified to translate in the **SPANISH** and **ENGLISH** languages, as engaged to this effect by and on behalf of Precision Translating Services, Inc.

**The utmost care has been taken to ensure the accuracy of all translations. Precision Translating Services, Inc. and its employees shall not be liable for any damages due to its own negligence or errors in typing or translation, nor shall it be liable for the negligence of third parties.**

Vicente de la Vega

The foregoing instrument was acknowledged before me by means of [x] physical presence or [ ] online notarization on September 24, 2023 by **Vicente de la Vega**, who is personally known to me or who has produced a Florida Driver's License as identification.

My commission expires:



MARIA TERESA HERNANDEZ
MY COMMISSION # HH 256089
EXPIRES: April 22, 2028

Notary Public
State of Florida at Large

GRETRA-MM_230920.01_1 of 1_TARGET_ENGLISH__Cerveza Palma-bSPXhOoJqyI_Packet.pdf

LEGEND:

| | |
|---|---|
| ALOT: | ALEX OTAOLA |
| REAR: | REIMEL ARIOSA |
| [UI]: | UNINTELLIGIBLE |
| [PH]: | PHONETIC |

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
| ALOT | Vamos a ver una cosa que ayer denuncié frente a la vicegobernadora. Hablé de la cerveza Palma, que se está anunciando en Miami y que se está vendiendo en supermercados latinos de Miami. Esta cerveza que es la copia fiel de la Cerveza Cristal, cerveza cubana y que además esta cerveza ha entrado de momento a Miami. Esto no lleva mucho tiempo aquí. Esto está empezando ahora y vamos a ver hasta dónde llega. La vicegobernadora se encargó de decir aquí se comprometió, al igual que el senador Manny Díaz Jr., de llevar a cabo una investigación profunda donde se sepa quiénes son estas gente, de dónde vienen estas gente y a dónde van estas personas, los que están detrás de la marca Palma. Da la casualidad que ayer después que yo lo denunciara frente a la vicegobernadora de la Florida, salió un artículo inmediatamente después que terminó el programa, donde Cuba denuncia que hay una falsa imitación de la Cerveza Cristal que se está anunciando en Miami. Se cagaron, vaya, para que se entienda claramente qué fue lo que pasó aquí. Dije, ay, se puso para esto, Otaola, se nos jodió el negocio, publiquen algo, digan que no, que no, que esto no es, que este no es, que nosotros no somos, que esto no es de nosotros. Pero es que buscando en los récords y buscando gente que ha estado investigando y siguiendo el tema de las marcas relacionadas con Cuba, encontramos que una compañía que respondía a Cuba o que responde a Cuba trató de | Let's see something that I denounced yesterday in front of the deputy governor. I talked about Palma beer, which is being advertised in Miami and which is being sold in Latino supermarkets in Miami. This beer, which is an exact copy of Cerveza Cristal, a Cuban beer, has also recently entered Miami. It hasn't been here for long. This is just beginning, and we will see how far it goes. The deputy governor took it upon herself to say she's committed, as did Senator Manny Díaz Jr., to conduct a deep investigation to find out who these people are, where they come from, and where these people behind the Palma brand go. It just so happens that after I denounced it in front of the deputy governor of Florida, an article was immediately published after the program ended, where Cuba denounced that there is a fake imitation of Cerveza Cristal being advertised in Miami. They got scared, to clearly understand what happened here. I said, oh, they got caught, our business is ruined, publish something, say no, no, this isn't it, we're not it, this isn't ours. But while searching the records and looking for people who have been researching and following the issue of brands related to Cuba, we found that a company linked to Cuba tried to register the brand Palma Cristal or Cristal without success because a Peruvian company had already registered the brand Palma Cristal. It's Palma Cristal, right? That's how the beer is sold in Europe, Palma Cristal. Here, it's sold only as Palma, but it's |

registrar la marca Palma Cristal o Cristal sin poderlo hacer, porque había una empresa peruana que ya había registrado la marca Palma Cristal. Era Palma Cristal, ¿no?. Así se vende en Europa la cerveza, Palma Cristal, aquí solamente se vende Palma, pero es la misma fábrica, la misma distribuidora, la misma envasadora y posiblemente la misma dictadura detrás de todo esto. Como cuando yo me pongo para las cosas, me pongo para las cosas y para la cerveza Palma estoy puesto y no necesariamente para tomármela. He contactado, hemos localizado a una persona que durante mucho tiempo ha estado siguiendo estas marcas y lo tenemos en línea para hablar con él y para que nos ayude a entender un poco qué está pasando, abogado, radicado en Europa y que gentilmente, a pesar de la diferencia de horario, ha aceptado estar con nosotros. Le doy la bienvenida al doctor Reimel Ariosa. Bienvenido.

the same factory, the same distributor, the same bottler, and possibly the same dictatorship behind all this. Like when I get on these things, I get on these things and I'm getting on Palma beer, not necessarily to drink it. I've contacted, we've located a person who has been following these brands for a long time and we have him on the line to talk to him and help us understand what's happening. He's a lawyer based in Europe and, kindly, despite the time difference, he has agreed to be with us. I welcome Dr. Reimel Ariosa. Welcome.

| REAR | Muchas gracias. | Thank you very much. |
| ALOT | Gracias a usted, gracias a ti por este. ¿Te puedo tutear? | Thank you, and thanks to you for this. May I address you informally? |
| REAR | Sí, claro. | Yes, of course. |
| ALOT | Gracias a ti por estar con nosotros y por hacernos llegar información tan valiosa. ¿Qué has podido saber de esta marca y quiénes están detrás de todo esto? | Thank you for being with us and providing such valuable information. What have you learned about this brand and who's behind all this? |
| REAR | Bueno. A ver… La marca, como has comentado, Palma Cristal es el nombre y la marca con la que se comercializa la Cerveza Cristal de Cuba en Europa desde hace muchísimos años. Lleva muchos años en España, en toda Europa comercializándose bajo ese nombre cuando vi en tus directos que de repente esta marca, bajo el nombre Palma, estaba empezando a comercializarse en Miami, la sorpresa mía no fue tal porque aquí en Europa se lleva comercializando mucho. A raíz de ahí empezamos a mirar un poco de dónde sale esta marca y lo que nos | Well, let's see… The brand, as you mentioned, Palma Cristal is the name and brand under which Cerveza Cristal from Cuba has been marketed in Europe for many years. It has been in Spain and all over Europe for a long time marketing itself under that name. When I saw on your live broadcasts that this brand, under the name Palma, was starting to be marketed in Miami, I wasn't that surprised because it has been marketed here in Europe for a long time. From there, we started to look a bit into where this brand came from and we found a somewhat particular story. It turns out that Palma |

encontramos fue una historia un poco particular. La marca resulta que Palma Cristal había sido intentada registrar previamente por dos empresas diferentes. Una empresa era Three Palms Holdings, Inc., que la intentó registrar y por oposiciones de la otra marca Peruana, que se llama Cristal, no logro hacerlo. Y luego el segundo intento vino por una empresa ya que podemos vincular de forma mucho más directa al régimen, que es Cerbuco Brewing, Inc. Esta empresa es básicamente una sociedad canadiense, que es la filial de la sociedad que compone junto a la sociedad cubana Corporación Alimentaria, S.A. a la Cervecería Bucanero S.A. Entonces ellos intentaron registrar Palma Cristal, pero no lograron hacerlo porque la propia oficina de Estados Unidos de Patentes y Marcas les dijo que por una cuestión de parecidos de otras marcas persistentes no podían registrar.

Cristal had been attempted to be registered previously by two different companies. One company was Three Palms Holdings, Inc., which tried to register it, but due to opposition from the other Peruvian brand called Cristal, they couldn't do it. And then the second attempt came from a company that we can much more directly link to the regime, which is Cerbuco Brewing, Inc. This company is basically a Canadian subsidiary of the company that, together with the Cuban corporation Corporación Alimentaria S.A., comprises Cervecería Bucanero S.A. So they tried to register Palma Cristal, but they couldn't because the U.S. Patent and Trademark Office told them that due to similarities with other existing brands, they couldn't register.

ALOT    OK. Vamos a parar allí para ir entendiendo todos esto a la vez. Quiere decir que la marca Palma Cristal, que es recocida en Europa por ser una cerveza, una marca vinculada a la dictadura Cubana, es tratada de registrar en Estados Unidos sin éxito en dos ocasiones por una compañía fantasma y por una compañía canadiense que responde a la dictadura cubana, o que responde a los que tienen negocios con la dictadura cubana pues tiene relaciones directas con Bucanero, S.A. ¿Hasta ahí vamos bien?

OK. Let's stop there to understand all of this at once. This means that the brand Palma Cristal, which is recognized in Europe as a beer, a brand linked to the Cuban dictatorship, tried to register in the United States without success on two occasions by a shell company and a Canadian company that responds to the Cuban dictatorship, or that deals with businesses with the Cuban dictatorship, because it has direct relations with Bucanero, S.A. Are we good so far?

REAR    Sí. Sí.

Yes. Yes.

ALOT    Quiere decir que hasta este momento ya tenemos dos confirmaciones que aliados de la dictadura trataron de registrar esta marca sin ningún objetivo, digo sin ningún resultado positivo hasta el momento. ¿Qué pasa después, Reimel?

So, up to this point, we have two confirmations that allies of the dictatorship tried to register this brand with no objective, I mean, with no positive result so far. What happens next, Reimel?

REAR    Bueno, básicamente una nueva empresa que se llama Soltura, LLC que está radicada en California y

Well, basically, a new company called Soltura, LLC, which is based in California and controlled by non-Latin

controlada por personas de origen no latinoamericanos intentaron registrar la marca Palma a secas. Es el mismo logo, los mismos dibujos, las mismas disposiciones y colores, pero la palabra es exclusivamente Palma.

American individuals, tried to register the brand simply as Palma. It's the same logo, the same designs, the same arrangements and colors, but the word is exclusively Palma.

ALOT [UI], por favor. Reimel, dame un chance, ponme la foto Sandy, de la registración, del intento de registración anterior, ¿cómo lucía el logo de lo que estaban tratando de registrar? Porque aquí es importante ver cada cosa, porque el que sabe de marcas, sabe que cuando se registra una marca se registran los logos, la rayita, los colores, se registra todo, absolutamente todo, y no puede haber nadie que venga con el logo de [UI]. Yo tengo, por ejemplo, "Hola! Ota-Ola!" registrado como marca, tiene sus colores, tiene todo. Si después aparece otro programa y otra marca con mis mismos colores y con mi misma tipografía de letra, le van a decir, no, espera un momento ya eso está registrado. Sin embargo, estas marcas que trataron de registrar, estas dos compañías que trataron de registrar, como usted ve, ahí está el dibujo de la aplicación, la foto que subieron para cuando te piden, mande toda la información, la tipografía, y todo es exactamente igual a la marca que sí lograron registrar solamente como Palma. Poco con todo esto. Muy bien, doctor, continúe, por favor.

[UI], please. Reimel, give me a moment, Sandy, show the picture of the previous registration attempt, what did the logo they were trying to register look like? Because it's important to see every detail here, because those who know about brands know that when you register a brand, you register the logos, the little line, the colors, everything, absolutely everything, and no one can come up with the logo of [UI]. For instance, I have "Hola! Ota-Ola!" registered as a trademark; it has its colors, everything. If later another program or brand appears with my same colors and my same font, they'll be told, no, wait a moment, that's already registered. However, these brands that these two companies tried to register, as you can see, there's the drawing of the application, the photo they uploaded for when they're asked to send all the information, the typography, everything is exactly the same as the brand they managed to register just as Palma. Enough with all this. Alright, doctor, please continue.

REAR Lo más llamativo en el registro de Palma es que la empresa Cerbuco Brewing, Inc., la que es la canadiense, intentó ponerse, o al menos eso parecía, al registro de la marca Palma, porque hizo un anuncio de oposición y le pidió a la oficina, incluso una prórroga del plazo para ponerse. La oficina de Estados Unidos le dio 90 días, pero sin embargo, después de eso no quedó en nada. Nunca se presentó una oposición y la marca fue finalmente registrada y hasta ahora que se ha visto los carteles. Además, la empresa Soltura, LLC, que es la que tiene registrada la marca, en California registró entre la autoridad

What's most striking in the Palma registration is that the company Cerbuco Brewing, Inc., which is Canadian, tried to get into, or so it appears, the Palma brand registration because they made an opposition announcement and even asked the office for an extension to do so. The U.S. office gave them 90 days, but after that, nothing came of it. They never presented an opposition and the brand was finally registered and until now we've seen the posters. Furthermore, the company Soltura, LLC, which registered the brand in California, registered two trade names with the corresponding authority, which

| | | |
|---|---|---|
| | correspondiente dos nombres comerciales, es básicamente cómo va a darse a conocer al público sin que sea ni su marca, ni su nombre de presa, que es Bucanero USA, como aparece en el cartel importado por Bucanero USA, y además, Cervecería Bucanero. | is basically how they will be known to the public without being either their brand or their company name, which is Bucanero USA, as it appears on the imported poster, and also, Cervecería Bucanero. |
| ALOT | ¡Oh! Esto es importante. ¡Ojo! Que además me llama la atención que un gringo, cuál es el nombre del señor en California que registró la marca. | Oh! This is important. Pay attention! What also caught my attention is that an American, what's the name of the guy in California who registered the brand? |
| REAR | Era Martin J . Wadley. | It was Martin J. Wadley. |
| ALOT | ¿Martin, qué? Ponlo ahí, Sandy, que la gente lo vea. Ponlo, por favor. Ponlo, para que la gente lo vea en pantalla. Martin Wadley. Y con este nombre y este apellido, el señor Martin, lo... [UI]... Este hombre le pone a la corporación Soltura. Dígame algo. Soltura, LLC. Soltura, que no hay nombre... Óigame, no hay nombre más latino. Usted se imagina a Martin [UI] diciendo Soltura, mami, Soltura. Un gringo le pone a su marca un nombre registrado, un nombre que le sea fácil para ellos. Aquí, evidentemente, según lo que yo percibo y puedo interpretar esta corporación con este nombre Soltura, puede estar a nombre del señor Mildred y este, pero el concepto de nombre como corporación no creo que haya salido de él. California, gringo, y le pone Soltura. ¿Y qué es lo que tenemos los cubanos a la hora de bailar, Soltura? ¿Verdad? Me parece un nombre más cubano que californiano, realmente. No sé qué piensa usted, doctor Reimel. | Martin, what? Put it there, Sandy, so people can see it. Please, put it up. Display it so people can see it on screen. Martin Wadley. And with this first and last name, Mr. Martin, he… [UI]… This man names the company Soltura. Tell me something. Soltura, LLC. Soltura, there isn't a more… Listen to me, there isn't a more Latino name. Can you imagine Martin [UI] saying Soltura, mami, Soltura. An American names his brand with a registered name, a name that is easy for them. Here, evidently, from what I perceive and can interpret, this corporation named 'Soltura' might be owned by Mr. Mildred and him, but I don't think the idea of the name came from him. California, American, and he names it Soltura. And what do Cubans have when they dance? Freedom of movement [Soltura], right? It seems more Cuban than Californian to me, really. I don't know what you think, Dr. Reimel. |
| REAR | Bueno, la vinculación no la podemos detectar fácilmente. Es decir, no hay registros de que podamos decir efectivamente, son suministrados por una empresa cubana o hay una relación directa, es sacarnos conclusiones que parecen lógicas. | Well, we can't easily determine the connection. That is, there are no records that we can say for sure, that they are supplied by a Cuban company or have a direct relationship; these are conclusions that seem logical. |
| ALOT | Está bien cuidado el detalle. | The detail is well taken care of. |

| REAR | Exacto. Estaría muy bien cuidado el detalle porque efectivamente no aparente se ha realizado un labor de búsqueda en las medidas de que son posibles porque está salido todo de fuentes de acceso público. | Exactly. The detail has been taken care of because apparently, a search has been made as deeply as possible, as everything comes from public sources. |
|---|---|---|
| ALOT | Son especializadas porque son las oficinas de patentes y marcas internacional de España, de la Unión Europea y de Estados Unidos, pero al final cualquier persona del público puede acceder a esta información. Y sin embargo, con esta información no se puede establecer un vinculo directo entre esta empresa y el gobierno cubano. Pero desde luego, sospechoso es. | They are specialized because they are from the patent and trademark offices in Spain, the European Union, and the United States, but in the end, anyone can access this information. However, with this information, we cannot establish a direct link between this company and the Cuban government. But it is certainly suspicious. |
| REAR | Sí, pero y la utilización de los nombres comerciales utilizar Bucanero USA, que ya Bucanero es una marca que está registrada por Cuba. Como es… | Yes, but the use of trade names, like Bucanero USA, when Bucanero is already a brand registered by Cuba. How is that… |
| ALOT | Normalmente esto no es posible. Es decir, esto depende de la normativa por supuesto de cada país. Había que estudiar la normativa de Estados Unidos. Por ejemplo, aquí en Europa esto no se puede hacer. Los nombres comerciales están protegidos especialmente para que no se pueda registrar marcas con esto. Y además el menor hecho de que exista la marca registrada en otras oficinas ya debería ser suficiente como para generar un conflicto e impedir que se registra la marca. Sin embargo, esto se optó por no hacer porque se dijo que se iba a presentar la posición y luego no llegó a nada. | Normally, this is not possible. It depends on the regulations of each country. The U.S. regulations would need to be studied. For example, in Europe, this cannot be done. Trade names are protected so that brands cannot be registered with them. Moreover, the mere fact that the brand is registered in other offices should be enough to create a conflict and prevent the brand from being registered. However, this was chosen not to be done because it was said that a position would be presented, and then nothing came of it. |
| REAR | Y Cuba que es tan conflictiva en el tema de las marcas, porque recordemos que la Havana Club… Cuba, que le robó todo a la Bacardí, lo ha defendido con uñas y dientes y se ha fajado y no se le ha podido quitar la marca. Y Cuba se ha fajado para defender eso. ¿Cómo permite que de pronto una empresa fantasma que nadie conoce, que no tiene nada que ver con ellos, que no le da ninguna | And Cuba, which is so contentious about brands, remember the Havana Club… Cuba, which stole everything from Bacardi, has defended it tooth and nail and has not been able to take the brand away. And Cuba has fought to defend that. How does it allow a shell company that nobody knows, that has nothing to do with them, that does not bring any profit to use 'Bucanero,' which is already their brand? |

ganancia utilice Bucanero que ya es una marca de ellos?

ALOT    Claro, no. Efectivamente no cuadra. Y hablando de la beligerancia de Cuba respecto a las marcas, así que me gustaría resaltar que aquí en España el tribunal supremo español dio una sentencia en 2010, creo que es, contra la marca Havana Club en la que reconocía que debido a que la expropiación realizada hacia Bacardí era ilegal, pues básicamente también se... no, no, en Bacardí no era, perdón. La expropiación de la marca a la familia originalmente en la poseía era ilegal y por tanto el cambio de inscripción de la titularidad de la marca en España era nula, es decir no se tenía que haber realizado, nunca es inscripción. Luego han habido otros problemas en cuanto a esas transmisiones futuras que hubieron que han permitido que la marca finalmente continúe en manos del gobierno cubano. Pero el tribunal supremo hizo esa declaración, dijo que la expropiación era ilícita y que por tanto también no era el cambio de titularidad. Lo cual siempre se puede intentar atacar. Nosotros estamos desde la asociación de la Alianza Iberoamericana Europea Contra el Comunismo (AIECC) estamos intentando un poco llamar la atención de las personas que han sufrido este tipo de desapropiaciones en titularidades ya sean tangibles, como son propiedades o intangibles, como son marcas de analizar las vías de actuación contra las empresas que se están aprovechando de esta situación en los países que sean. Normalmente es Europa porque es el principal colaborador digamos del gobierno, pero también puede ser en cualquier otro rincón del mundo. Y al final siempre hay vías de actuación y los tribunales, aunque sean de países aliados, siempre se van a intentar decantar por la legalidad. Y en España por ejemplo es un caso de ello, pese a las colaboraciones que hay, el tribunal supremo hizo estas declaraciones.

Of course, it doesn't make sense. Speaking of Cuba's aggressiveness regarding trademarks, I'd like to highlight that here in Spain, the Spanish Supreme Court issued a ruling in 2010, I believe, against the Havana Club brand. It recognized that the expropriation made towards Bacardí was illegal, so essentially it… no, not with Bacardí, my apologies. The expropriation of the brand from the family that originally owned it was illegal, and therefore the change in registration of the brand's ownership in Spain was void. That is to say, it should never have taken place. Later, there were other issues regarding those subsequent transfers that have allowed the brand to remain in the hands of the Cuban government. However, the Supreme Court made that declaration, stating that the expropriation was illicit and thus the change in ownership was not valid. This can always be challenged. We, from the association of the Ibero-American European Alliance Against Communism (AIECC), are trying to draw attention to those who have suffered such expropriations, be it tangible assets like properties or intangible ones like trademarks. We want to analyze courses of action against companies that are taking advantage of this situation in whatever countries they are in. It's usually Europe because it's the main, let's say, collaborator with the government, but it can be anywhere in the world. In the end, there are always ways to act, and the courts, even if they are from allied countries, will always try to side with legality. In Spain, for instance, despite the collaborations that exist, the Supreme Court made these declarations.

| REAR | Doctor, con su conocimiento en el tema de marcas registradas y demás y demás y con todos estos datos que usted nos ha contado mi pregunta es obligatoria. ¿Cree usted que si las autoridades norteamericanas llevan a cabo una investigación real y profunda se podría entender o se podría encontrar algún tipo de relación entre la marca Palma y la dictadura cubana y por ende las ganancias que esto le traería a ellos? | Doctor, with your knowledge of registered trademarks and all the information you've given us, I must ask: Do you believe that if the U.S. authorities conduct a thorough investigation, they could understand or uncover a relationship between the Palma brand and the Cuban dictatorship, and therefore the profits it would bring them? |
|------|------|------|
| ALOT | Sí, claro, por supuesto hay que hacer la convención estudiando, yo aquí acudiría la trazabilidad del producto, es decir, el origen de la cerveza y por cuantas empresas pasa, por cuantas manos pasa por decirlo, hasta llegar a Estados Unidos. Habría que investigar ya no tanto en la vía de la marca, que está claro el parecido sino en la vía de creo que he leído antes que venía de Nicaragua supuestamente… | Yes, of course, we must do the conference study. I would focus on product traceability, that is, the origin of the beer and how many companies, or how many hands, it goes through before reaching the U.S. The investigation wouldn't be so much about the brand, which clearly has similarities, but more about what I read earlier about supposedly coming from Nicaragua… |
| REAR | A si es. | That's right. |
| ALOT | … las empresas pues habría que acudir a esta empresa, esta cervecería de Nicaragua e investigar qué relaciones tiene con las empresas de Cuba si podría estar exportándolas y demás, hay que hacer una labor de investigación así en las conexiones y seguramente habrá un entramado de diferentes sociedades en el camino porque es una de las formas que tiene de camuflar. | … the companies would have to turn to this brewery in Nicaragua and investigate its relationships with Cuban companies, whether it could be exporting to them, etc. There would need to be an investigation into the connections, and surely there is a network of different companies along the way because it's one of the ways to camouflage. |
| REAR | Es lo que hace Cuba generalmente con sus sociedades fantasma que pasan de una en otra de una en otra, de una en otra para que se pierda la pista bueno, Cuba y todos los que hacen transacciones en vez porque así es el método. | That's what Cuba usually does with its shell companies, passing from one to another, from one to another, from one to another to lose track, Cuba and everyone who does transactions because that's the method. |
| ALOT | Claro, aquí en España hay varios productos que se comercializan que son de origen cubano, ya sean mariscos ya sean… bueno, verduras se comercializan más en Canadá pero al final, por ejemplo los mariscos que se comercializan en España no vienen directamente de Cuba pesa que | Exactly, here in Spain, there are several products that are marketed that are of Cuban origin, whether seafood or vegetables, which are more commonly marketed in Canada. But in the end, for example, seafood sold in Spain does not come directly from Cuba, even though Spain does not |

España no tiene este régimen de restricciones con Cuba sino que vienen de intermediarios que están en Canadá que a su vez contratan de Cuba. O sea, siempre hay intermediarios incluso cuando se relacionan con Europa. Hay que estar atentos.

have this regimen of restrictions with Cuba. They come from intermediaries in Canada who in turn contract from Cuba. That is to say, there are always intermediaries when they have relationships with Europe. We need to be vigilant.

**REAR** Sí, es el flujo del dinero porque entonces después las transacciones para pagar a bancos o con bancos que tienen sede en Estados Unidos le traen un conflicto y necesitan de todas formas hacer perder el rastro.

Yes, it's about the flow of money because then transactions to pay to banks or with banks headquartered in the U.S. bring a conflict, and they always need to lose track.

**ALOT** Un placer, Reimel.

A pleasure, Reimel.

**REAR** Claro nosotros… Si.

Of course, we… Yes.

**ALOT** Dime, dime, por favor, dime.

Tell me, please, tell me.

**REAR** No, nada, quería llamar atención de otra de los puntos que estamos hablando sobre todo en la asociación de cara a tomar acciones es de la intervención de empresas en la isla como tal y nos hemos percatado recientemente de que uno de las aquí en Europa, no sé si la reconocerá en cual, en Estados Unidos, se llama Big 4 que son las cuatro grandes empresas más importantes en materia de consultoría y de auditoría de empresas. Entonces, una de estas cuatro empresas es en San Johns que se llama EY y esta empresa resulta que ha estado ofertando en LinkedIn un puesto de trabajo para sus oficinas en La Habana. Oficinas que no aparecen reflejadas en su página web principal no parece que tiene una serie en Cuba, sino que una empresa filial que está en Barbados es la que tiene abiertas estas oficinas en La Habana. Claro, esto debería llamar un poco la atención porque eso es una empresa que se dedica a guardar la contabilidad de la economía de las empresas, por ejemplo, y las empresas privadas que no están radicadas en Cuba, normalmente no tendrían que acudir a sus oficinas para tener esta contabilidad con lo cual, quién está acudiendo a las oficinas que están

No, nothing, I wanted to draw attention to another point we are discussing, especially in the association, regarding taking actions against companies operating on the island. We recently noticed that one of the companies here in Europe, I don't know if it's recognized in the U.S., belongs to the Big 4, which are the four most important companies in terms of consultancy and company auditing. So, one of these four companies is EY in San Johns. This company has been offering a job on LinkedIn for its offices in Havana. Offices that are not reflected on their main website, it seems that they have a subsidiary in Barbados that has opened these offices in Havana. Of course, this should raise some concerns because this is a company that specializes in maintaining the financial records of businesses. For instance, private companies that are not based in Cuba usually wouldn't need to visit their offices for such accounting. So, the question is, who is going to their offices located in Havana for their accounting? It's a matter that certainly needs investigation, especially in the United States, where there are more avenues for action due to the existing restrictions and the list Donald Trump

radicadas en La Habana para su contabilidad. Es una pregunta y desde luego habría que investigar sobre todo en Estados Unidos que es donde más posibilidades de actuación hay por las restricciones que hay y por el listado que hizo Donald Trump de empresas con las que no se puede negociar si alguna de esas empresas fuera cliente de en San John y ver si por ahí hay una vía de esa opción a la multinacional.

compiled of companies with which business dealings are prohibited. It would be important to ascertain if any of those companies are clients of San John and to see if there's a potential avenue to challenge the multinational through this.

ALOT — Bueno, pues vamos a investigar y vamos a impulsar una investigación y vamos a pasarle todos estos datos a el senador Manny Diaz, Jr., senador del estado de la Florida y también a todos nuestros aliados en Washington para impedir que por mediación de empresa fantasma la dictadura cubana siga ganando dólares en Estados Unidos. Gracias Reimel, un placer de verdad poder contar con tu colaboración.

Well, we will investigate and push for an investigation, and we will pass on all this information to Senator Manny Diaz, Jr., a senator from the state of Florida, and also to all our allies in Washington to prevent the Cuban dictatorship from continuing to earn dollars in the U.S. through shell companies. Thank you, Reimel. It's truly a pleasure to have your collaboration.

REAR — Muchas gracias, a vosotros.

Thank you very much, to all of you.

ALOT — Gracias. Estamos puestos. Oye, estoy más puesto que un calcetín en invierno.

Thank you. We are on it. Hey, I'm more ready than a sock in winter.

[END OF RECORDING]





# Havana Times

🔍

# Palma Beer, Where Is it Produced and Who Sells it?

📅 April 30, 2021

**By Alberto C. Toppin** *(El Toque)*



Photo: Hansel Bonilla

**HAVANA TIMES** – The first time Hansel Bonilla tried Palma beer, he found it to be more bitter than he had expected. The drink's design is so similar to Cristal beer that he thought that he was drinking the Cuban beer that is exported to European countries under the name Palma Cristal.

However, he was drinking a beer that was very similar. He only had to turn the can around to figure this out. "I searched for information about the producer and discovered that it is made in Nicaragua,"

he says from Miami, the city that took him in over 5 years ago. In recent months, he has seen Palma beer in different Florida stores, while some billboards announce it as Bucanero USA's leading product.

While Palma beer is becoming increasingly popular in the US, many Cuban media outlets have pointed out that this is the US' Government's "additional attempt to apply financial and commercial pressure" on Cuba.

The Bucanero LLC company has explained on its Facebook page that Cristal and Palma Cristal beers are their brands, and that Palma beer does not belong to their catalogue...



Photo taken from Bucanero LLC's Facebook page.

# The origins of Palma Beer

Palma beer is imported from Nicaragua by Bucanero USA, the name that Soltura LLC (a company based in California that dedicates itself to selling beverages) has adopted, in order to sell this beer in the US. According to the company's availability map, the drink is only being sold in California, in eastern Florida and the southern keys.

Production of Palma beer is run by Nicaragua's Beer Company. However, you can't find this alcoholic beverage on its product page on the website.

According to information gathered by our team, the company doesn't seem to be reselling Cuban Cristal beer – which cannot be directly exported to the US because of its blockade/embargo. El Toque has been unable to find any traceable data that proves that the Cuban beer is being purchased by Nicaraguan companies, nor of any relationship between Bucanero LLC and Bucanero USA. According to the United Nation's trade statistics, no Central American company has bought this beverage from Cuba between 2019 and the first two months of 2021.

Panjiva, a global intelligence trading platform, says that most of the Nicaraguan Beer Company's exports are sent just to the US. In this country, Palma appears to be registered as a brand of beer, with the same visual aesthetic as Cristal and Palma Cristal beer.

## Palma beer and Palma Cristal beer: similar but with different stories

Palma and Palma Cristal are two different brands of beer. Palma belongs to Bucanero USA/Soltura LLC. Both Cristal as well as its exportable version, Palma Cristal (which are identical in design) are made by Cuban company Bucanero LLC. This company has been receiving an injection of foreign investment from the Canadian company Cerbuco Brewing Inc., since January 2014.

From 2003 up until the present, three companies have held the exclusive rights to use the Palma Cristal beer aesthetic on US soil, over different time periods. Cerbuco Brewing Inc. is one of those companies.

## Palma Cristal lawsuit in the US

In February 2015, Cerbuco Brewing Inc. registered the Palma Crista beer brand with the US Patent and Trademark Office. The document that came from this act made it clear that the combination of green, white, black, grey and red were the exclusive property of this brand, as well as the design, which is identical to Cristal beer. They only exempted the word "beer" from the property, which is part of the beverage's label.

"No beer with this brand (Palma Cristal) or with a similar aesthetic could be registered in the US," lawyer Eloy Viera explains. "The trademark of this brand doesn't stop commercialization, but people are limited in selling similar or identical brands because compensation could figure in the millions."

According to a document issued by the US Patent and Trademark Office, this legalization also smooths the path for registration with Customs and Border Protection services, which stops imports of products that use a trademark without authorization.

In May 2016, Cerbuco Brewing Inc. abandoned the trademark.

Almost two years later, in April 2018, Soltura LLC – which sells Palma beer – presented the documentation necessary to register the brand of beer in the US. During the process, Cerbuco Brewing Inc. requested a 3-month period, beginning in February 2019, to investigate and present evidence against the beer's registration, due to the similarity in name and design with its Palma Cristal beer.

There are no signs that Cerbuco Brewing Inc. presented any documentation in those three months granted. Palma beer was finally declared in Soltura LLC's name, in August 2019.

elTOQUE contacted Soltura LLC, Nicaragua's Beer Company and Ambev LLC (Cerbuco Brewing Inc.'s holding company) to find out why documents against the Palma beer registration were not presented, as well as why the beverage does not appear on the Central American company's website, and whether there is an agreement in place between Soltura LLC and Cerbuco Brewing Inc. None of the three entities provided a statement.

The reason Cerbuco Brewing Inc. gave up on trying to get a trademark for Palma Cristal in the US may not only be due to US economic sanctions that apply to Cuban industrial products, but also to the low revenue this brand represents.

By the end of the 2020 fiscal year, Anheuser-Busch InBev SA/NV – the company that owns Ambev LLC. and, as a result, Cerbuco Brewing Inc. – declared to the US Securities and Exchange Commission that Bucanero LLC sold 90 million liters of beer, only 0.2% of the total volume of the company's production worldwide. Plus, it explained that most of the Cuban beer is being sold in Cuba, and that only a small amount is being exported.

Between 2017-2020, Bucanero LLC's sales dropped by 90 million liters of beer, according to the corporation's own reports. Trade statistics from the United Nations show that 438,303 liters of Cuban beer were exported during this period, for the sum of 712,915 USD. Spain and the Netherlands are among the top five countries that bought Palma Cristal the most. Today, the demand for Cristal beer in Cuba exceeds supply and its sale is limited in Cuban pesos.

It's inevitable that the Cuban-American community in Florida mistakes Palma beer with Cristal.



Palma beer in Florida stores. Photo: Hansel Bonilla.

Today, ships carrying tons of a beer similar to Cristal are arriving in Florida, but they are being produced and sold by different companies.

"This name and product design is very similar to Cuba's Cristal," Hansel says, when talking about Palma beer. "Any Cuban in Miami will want to buy it when they see it."

*Read more from Cuba here on Havana Times.*

← Manuel Santo – Song of the Day

Valeska Sandoval: "Several Police Beat Me Tied Up" →



≡    🇨🇺    APP GRATIS ❯ (https://shrlnk.org/app)    🔍

(/)    (https://shrlnk.org/buscador)

Recharge CUBALLAMA

BALANCE x 5 + 25GB + unlimited internet! ❷ (https://www.cuballama.com/recargas-a-cuba/?utm_source=Cibercuba&utm_medium=Banner-Cibercuba&utm_campaign=Recarga-Septiembre+1%C2%AA+%28Cibercuba-Banner%29&utm_content=RECARGA)

## Palma Beer, which imitates Cristal and is sold in Miami, does not come from Cuba

After appearing in the markets and advertising themselves on the streets of Miami, many Cubans thought they were imported by the Cuban government.

Present (/actualidad)    **Editorial of CiberCuba (/autor/1)**

💬14 (https://disqus.amp-cache.org/disqus/index.html?url=https://www.cibercuba.com/noticias/2021-03-11-u1-e200807-s27061-cerveza-palma-imita-cristal-vende-miami-viene-cuba&nid=220683&title=Cerveza%20Palma%2C%20que%20imita%20a%20la%20Cristal%20y%20se%20vende%20en%20Miami%2C%20no%20viene%20de%20Cuba)
| 03/11/2021 - 10:07am (GMT-5)



Palma beer in Miami market    Photo © CiberCuba

This article is from 2 years ago

APP GRATIS ❯ (https://shrlnk.org/app)

(/)

(https://shrlnk.org/buscador)

A beer with the name Palma, whose image imitates the famous Cuban beer brand Cristal, has confused Miami consumers, who at first thought it was a business sponsored by the Cuban government.

Official media on the island (http://www.cubadebate.cu/noticias/2021/03/10/comercializacion-en-eeuu-de-cerveza-que-imita-a-la-cristal-confunde-a-consumidores/) , however, have denied and accused La Palma of plagiarism, which was actually being produced in Nicaragua.

🔴   APP GRATIS ❯ (https://shrlnk.org/app)

🔍   nat it is inspired by the best-selling

(https://shrlnk.org/buscador)

(/)

Since they made their appearance in Miami, both in the markets and on billboards, many Cubans in Miami thought that they were imported directly by the island's government.

(/)

APP GRATIS ⟩ (https://shrlnk.org/app)

(https://shrlnk.org/buscador)

An attack of nostalgia even led several Cubans to assure on social networks that the taste of both products was the same.

Others complained that there were billboards advertising the supposed "Cuban product" on the streets of the so-called "exile capital" and threatened to file complaints.




Six Pack of Palma beer in Miami / CiberCuba

La Palma, whose *six-pack* can be found in supermarkets in South Florida starting at $7.99, would be produced in a microbrewery in Managua: Compañía Cervecera de Nicaragua (https://untappd.com/w/compania-cervecera-de-nicaragua/6376) , and is currently imported to the US by a company called Bucanero USA. , and based in Solana Beach, California (https://es.panjiva.com/Bucanero-USA/69849326) .

APP GRATIS ❯ (https://shrlnk.org/app)
(https://shrlnk.org/buscador)

(/)



APP GRATIS > (https://shrlnk.org/app)

(https://shrlnk.org/buscador)



Importing company and origin of Palma beer / CiberCuba

In that West Coast state, it can also be seen for sale in many markets.

Both products have different raw materials: made with the best quality malt, the Cristal beer has a light and refreshing hop flavor, while the Palma, with 4.9 degrees of alcohol, is made with a "specialty pilsner malt combined with the traditional noble hops.

The one in Palma is not the only case of plagiarism of the Cristal image. Another beer that recently arrived in Miami, Mi Cristal, produced this time in Portugal, also copies the distinctive elements of the Cuban product.

APP GRATIS ❯ (https://shrlnk.org/app)

(/)

(https://shrlnk.org/buscador)

APP GRATIS › (https://shrlnk.org/app)

(https://shrlnk.org/buscador)

Mi Cristal beer (made in Portugal) in a Miami market / CiberCuba

In 2007, Cuban Cristal received the Gold Medal at the International Monde-Selection for its excellence and flavor.

Monde Selection, founded in 1961 in Brussels, Belgium, is an international institute of quality selections that tests and tastes products from all over the world to give them a quality seal.

The plant that produces Cristal de Cuba, Cervecería Bucanero SA, in the eastern province of Holguín, celebrated its 30 years on October 24.

The facility was inaugurated in 1990 under the name Cervecería Mayabe. In 1997 it became a joint venture between Coralsa and Cerbuco Brewery Inc., and assumed its current name.

Its current production is five brands of beer (Cristal, Bucanero, Bucanero Max, Cacique, Mayabe), plus two others, Palma Cristal and Cubanero, destined for export.

Ad by CRITEO

Report this ad

Ad choices ▷

They advertise Palma beer on a street in Miami. Photo: Cubadebate

**Marketing a beer bearing the name Palma in the United States tries to confuse consumers,** And it enters in the economic war imposed by Washington on Havana.

This standard, supported by observers and digital media, supports it **Last appearance in Miami (Florida) Palma**Crystal beer tradition, from Cuba, as it unfolds *huellacubana.com*.

Palma creators admit that it is inspired by the number one sales on the island and a favorite from more than 75 years, which has been manufactured in Cuba since 1888.



But amid disputes and American trade pressures against this island, **Analysts interpret the appearance as an additional effort at financial and business pressures, known in this nation as blockade.**



As for the rest, the difference can be noticed even from the raw materials, because Cristal de Cuba is made with the finest barley and clear island water, to give a refreshing light flavor.

In 2007, Crystal was awarded a gold medal at the International Monde-Selection, for its uniqueness and flavor.

Monde Selection, founded in 1961 in Brussels, Belgium, is an international quality se⌄ion institute that tests consumer products from all over the world to give them the quality mark. Hence, consumers can choc⌄ hat they deem best.

⌄e of Holguín, celebrated its 30th

Ad removed. Details



Cristal de Cuba is the most iconic brand in particular. Photo: Archive

The facility opened in 1990 under the name Cervecería Mayabe. In 1997 it became a joint venture between Coralsa and Cerbuco Brewery inc. And took its current name.

**See also** **Chris Smalls, the former employee who defeated Amazon and created the company's first union in the United States.**

**Its portfolio includes five beer brands** (Cristal, Bucanero, Bucanero Max, Cacique, and Mayabe added Palma Cristal and Cubanero, the latter two being export-oriented (including Bucanero malt).

Cristal de Cuba in particular is the brand that is most in demand, both by citizens and foreign visitors, which allows us to assume it. **No Palma de Miami intent to plagiarize and formulate to confuse the consume**



They advertise Palma beer on a street in Miami. Photo: Cubadebate



LOCAL    WEATHER    ANSWERS    VIDEOS    ENTERTAINMENT    NEWSLETTERS

87th

TRENDS    Impeachment of Trump    Hurricane Season    Immigration Law    Food as a Cure    Virtual Meeting    Political Focus    Connected with Daisy

CUBA

# Controversy over "Palma" beer sold in the United States, very similar to the Cuban "Crista"

Many wonder where that beer comes from and they wonder if it will be the Cuban one, the beer of the dictatorship.

By TELEMUNDO 51 • Posted on September 15, 2021 • Updated at 7:53 pm on September 15, 2021



## The most popular



**SUMMER SOLSTICE**
The summer solstice of 2023 begins this week. This is what you should know



Palma beer has flooded many supermarkets in South Florida, and the Cuban public is deeply nostalgic "because it looks a lot like Cristal."

However, many doubt where that beer comes from and wonder if it will be the Cuban one, the beer of the dictatorship.

Palma is a registered trademark of the company Soltura Llc Bucanero USA, a family business established in California.

The company, palma, is an inspiration for Cuba's #1 beer for more than 75 years, Cuba's favorite, which is the slogan of Cuban beer.

The Cuban company said on Twitter in 2020: we inform glass lovers that our brand is exported to some markets under the name Palma Cristal, do not confuse similar brands, we do not export to the United States.

Palma is imported from Nicaragua and according to the company's distribution map it is sold exclusively in California, the eastern part of Florida and the Keys.

We have not found evidence that links the palm produced in Nicaragua with the Cuban one. In fact, according to United Nations trade statistics, between 2019 and the first two months of 2021, no Central American country bought that drink from Cuba.

**Local**



**TITANIC**
Missing submersible: what the authorities do after having detected sounds



**MIAMI BEACH**
"They killed my family": said woman who triggered shooting in Miami Beach and injured two people



**HUMANITARIAN PAROLE**
Humanitarian parole: how many have been approved and which country is the most benefited?



**POWER BALL**
Powerball jackpot rises to $400 million: the 8 states where you'd win the most



VIRTUAL MEETING • 3 HOURS AGO
**Virtual meeting-Congressman Carlos Giménez talks about Hunter Biden's business**



CONDOMINIUMS • 19 MINS AGO
**The cost of Florida condos skyrockets after the Surfside tragedy**

On the Cuban political issue, the Palma beer website clearly states that they support the people of Cuba, who are incapable of enjoying the freedoms that should be inherent.

---

This article tagged in:

CUBA • BEER

---

GUNDRY MD | SPONSORED
**Heart surgeon pleads: "Stop doing this to your fruit!"**

SMARTASSET | SPONSORED
**Average Retirement Savings By Age: Are You Normal?**

SUV DEALS | ADVERTISING LINKS | SPONSORED
**Miami: Surplus new cars almost given away: see prices**

QUADRANT | SPONSORED
**NEW! 2023 Postage Rate Guide**

HEALTHY GURU | SPONSORED
**Simple Japanese Trick for Nail Infection**



**Weather Forecast**
MIAMI, FL

# 87th_

TONIGHT
## 78°

Partly cloudy
0.33 % Precip

TOMORROW
## 91°



# We thought it was the Cuban Cristal, but La Palma is from Nicaragua

by María Font 11 March, 2021

Portada » News » We thought it was the Cuban Cristal, but La Palma is from Nicaragua






SUBSCRIPTION-CUBATEL

Palma is the name of the new beer that these days confuses the fans of the Cuban Cristal in the state of Florida. A product that is made in a micro brewery by the Compañía Cervecera de Nicaragua.

Although it shares certain visual codes with *La Preferida de Cuba* , which is the reason for the confusion among consumers, the truth is that it is not a Cuban beer.



As its creators say , Palma is inspired by the number one selling beer on the island. It also contains 4.9 degrees of alcohol and is made with "specialty pilsner malt combined with traditional noble hops."

In the same way, they ensure that it spills a rich golden color with a tight and dense foam. The taste is refreshing with the subtle aromas described as herbaceous and citrus.

Meanwhile, in Florida, the liquid is sold in a *six-pack* design (6 bottles) for $7.99.

Palma beer is currently imported into the United States by a company by the name of Bucanero USA, based in Solana Beach, California. In the markets of that state on the West Coast it can also be seen for sale.

The Cuban Cristal , for its part, has been Cuba's favorite beer for more than 75 years. The raw material from which it is made is the best quality malt to give a light hop flavor, very refreshing.

This liquid is produced at the Bucanero SA Brewery, in the eastern province of Holguín. Within its portfolio, we can find five brands: Cristal, Bucanero, Bucanero Max, Cacique and Mayabe.

Likewise, another two destined for export were added: Palma Cristal and Cubanero.

In 2007, the Cuban Cristal received the Gold Medal at the International Monde-Selection for its excellence and flavor.

**0 comentarios**

Ordenar por | Los más antiguos |

Añade un comentario…

Plugin de comentarios de Facebook

👍 Leave your Evaluation

Menu

**Tampa Bay Times**

Subscribe

Nostalgia for all

He's not alone. Wadley knows he already has a competitor in Miami in Haber's Mi Cristal.

"I love the old saying, 'Imitation is the most sincere form of flattery,'" Wadley said.

## MI CRISTAL TRADES ON A NAME

Haber was at a party in Miami several years ago when someone showed up with a six-pack of actual Cuban Cristal — and said they had paid $300 for someone to smuggle it in from Cuba.

ADVERTISEMENT



POWERED BY CONCERT

Haber's eyes opened.

"People were willing to pay that kind of money …" Haber said.



Tony Haber, the founder of Mi Cristal beer, is photographed [...] Coral Gables, Florida on Friday, August 27, 2021. [ MATIAS J. OCNER | Miami ]

> Donate

His mind started working. Haber, who was born in Cuba and immigrated in 1988 at age 14, had started several wine and spirits labels after serving in the U.S. Navy and graduating with an FIU business degree. His Qvivo wines aim to lure

Menu        **Tampa Bay Times**        Subscribe

...with labels like ...weeks).

He is set to launch a series of wines called Patria y Vida, tied to the song by Cuban artists that has become the anthem of the new Cuban liberation movement on the island.

Now he set his sights on Cristal.

Haber saw the razor-thin line Palma had walked to avoid Peru's Cristal and now he followed its footsteps. He applied for a trademark in July of 2020 for the name Clasica Mi Cr Stal, omitting the 'I' and replacing it on the can with a palm tree in front of a red stripe. The translation, he claimed, meant "My glass," according to the patent application. For the colors, instead of the red, green and white, he went with "the colors of liberty." He signed a deal with the Portuguese company Font Salem to brew it.

ADVERTISEMENT



ⓔ POWERED BY CONCERT

On the packaging he printed, "La Original de Cuba" and "100% Cubana."

Wadley's Palma sued him in February.

The sides settled out of court this summer, and the only change Mi Cristal made was to remove the red banner from behind its name and to replace the palm tree with a rose — to evoke Cuban independence hero Jose Marti's poem "Cultivo Una Rosa Blanca." For Haber, who took poetry classes from internationally recognized poet Richard Blanco in FIU's masters of fine arts program, it was a fitting adjustment.

The market responded. His Mi Cristal beer hit the shelves in July and "sales just keep going up." The beer was first available in the Latin supermarkets like Presidente and Sedano's. But it's now bound for Publix, Winn-Dixie, Fresco y Mas and will be in BJ's Wholesale and Costco by October.

The Palma suit "slowed us down but it hasn't stopped us," Haber said. He forged ahead again, he says, confident he was doing his part to reclaim the Cristal name ... Cuban-Americans. He is still w... ...ver to his ... e U.S. patent office while his ... lves.

"Because we, Cubans, are the owners of Crista... ...r said. "People tell me it's exactly like the Cristal they remem...

⟩ Donate

## PASSION EQUALS PESOS

Enjoy it while you can, Portuondo says.



The Peruvian owners of the Cristal brand have a long track record of eventually snuffing out competing Cristal attempts in the United States. And Portuondo and his partners say they own the rights to use Cristal's logo and color scheme in the United States. The U.S. patent office is still reviewing Haber's application for Mi Cristal, and, even if it approves it, Peru's brewery could still intervene to cancel it.

Portuondo says he has not ruled out a suit against either party — particularly Wadley's Palma.

"It's the No. 1 beer in Cuba so people are trying to trade on that," Portuondo said. "It seems a little ingenuine to me that someone does that, but I understand it…. It seems to me he's trying to fool the Cuban exile community that this is a Cuban product with Cuban lineage when in fact it's not."

Then there is public perception.

While Wadley, who lives in California, can avoid the Miami spotlight, Haber, whose businesses are based here, isn't so lucky. Posts on Facebook and Instagram have popped up, questioning whether either is actually backed by the Cuban government. He has gotten emails and been tagged in posts calling him a communist and asking, "Where is the embargo?"

Haber has had to defend himself against attacks from the very customers he's trying to win over.

"BEWARE!" begins one post the Miami Herald reviewed. "CUBAN GOV. is selling their beer in the USA (Miami) via Nicaragua — don't be confused and fall into their trap. We don't buy Communist Cuba products."

ADVERTISEMENT

"Those people hate me. Threats, everything," Haber said. "I'm disabled (military) and they're calling me a communist."

