AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| LAGUNITAS BREWING COMPANY dba CERVECERIA LA TROPICAL, and LA TROPICAL HOLDINGS B.V.<br><br>*Plaintiff(s)*<br>v.<br>SOLTURA, LLC dba BUCANERO USA<br><br>*Defendant(s)* | Civil Action No.  23-CV-24350 GAYLES |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Soltura LLC dba Bucanero USA
312 N. Rios Avenue,
Solana Beach, California 92075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mark A. Salky, Esq.
James E. Gillenwater, Esq.
GREENBERG TRAURIG, P.A.
333 SE 2nd Avenue, Suite 4400
Miami, FL 33131
Tel.: (305) 579-0500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date. Nov 14, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts