IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| LAGUNITAS BREWING COMPANY dba CERVECERIA LA TROPICAL, and LA TROPICAL HOLDINGS B.V., | ) ) ) CASE NO. 1:23-cv-24350-DPG |
| Plaintiffs, | ) |
| v. | ) |
| SOLTURA, LLC dba BUCANERO USA, | ) |
| Defendant. | ) |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Steven J. Wadyka, Jr. of the law firm of Greenberg Traurig, LLP, 2101 L Street, N.W., Suite 1000, Washington DC [Telephone – 202-331-3100], for purposes of appearance as co-counsel on behalf of Lagunitas Brewing Company d/b/a Cerveceria La Tropical and La Tropical Holdings, B.V. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Steven J. Wadyka, Jr. to receive electronic filings in this case, and in support thereof states as follows:

1. Steven J. Wadyka, Jr. is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the State of New Jersey and the District of Columbia.

2. Movant, James E. Gillenwater, Esquire, of the law firm of Greenberg Traurig, P.A, 333, S.E. 2nd Avenue, Miami, Florida 33131, Tel 305-579-0500 [Florida Bar No. 1013518] is a member in good standing of The Florida Bar and the United States District Court for the Southern

District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Steven J. Wadyka, Jr. has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Steven J. Wadyka, Jr., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Steven J. Wadyka, Jr. at email address: wadykas@gtlaw.com.

**WHEREFORE**, James E. Gillenwater, moves this Court to enter an Order for Steven J. Wadyka, Jr., to appear before this Court on behalf of of Lagunitas Brewing Company d/b/a Cerveceria La Tropical and La Tropical Holdings, B.V., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Steven J. Wadyka, Jr.

Date: November 15th, 2023.                     Respectfully submitted,

                                                */s/ James E. Gillenwater*
                                                James E. Gillenwater
                                                Florida Bar No. 1013518
                                                gillenwaterj@gtlaw.com
                                                GREENBERG TRAURIG, P.A.
                                                333 S.E. 2nd Avenue, Suite 4100
                                                Miami, Florida 33131
                                                Tel – 305.579.0500

                                                *Attorneys for Plaintiffs*
                                                *Lagunitas Brewing Company d/b/a*
                                                *Cerveceria La Tropical and La Tropical*
                                                *Holdings B.V.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| LAGUNITAS BREWING COMPANY dba CERVECERIA LA TROPICAL, and LA TROPICAL HOLDINGS B.V., | ) CASE NO. 1:23-cv-24350-DPG ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| SOLTURA, LLC dba BUCANERO USA, | ) ) |
| Defendant. | ) ) ) |

**CERTIFICATION OF STEVEN J. WADYKA, JR.**

Steven J. Wadyka, Jr., Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of New Jersey and District of Columbia Bars, and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                  */s/ Steven J. Wadyka, Jr.*
                                                                                     Steven J. Wadyka, Jr.