# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

| | |
|---|---|
| LAGUNITAS BREWING COMPANY dba CERVECERIA LA TROPICAL, and LA TROPICAL HOLDINGS B.V., <br><br> Plaintiffs, <br><br> v. <br><br> SOLTURA, LLC dba BUCANERO USA, <br><br> Defendant. | CASE NO. 1:23-cv-24350-DPG |

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Steven J. Wadyka, Jr., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby,

**ORDERED AND ADJUDGED** that:

The Motion is GRANTED. Steven J. Wadyka, Jr., may appear and participate in this action on behalf of Lagunitas Brewing Company d/b/a Cerveceria La Tropical and La Tropical Holdings, B.V... The Clerk shall provide electronic notification of all electronic filings to Steven J. Wadyka, Jr., at wadykas@gtlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record