| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| Lagunitas Brewing Company dba Cerveceria La Tropical, et al.<br>Plaintiffs,<br>v.<br>Soltura, LLC dba Bucanero USA<br>Defendant, | Court File Number<br>23-CV-24350 GAYLES<br><br>**AFFIDAVIT OF SERVICE** |

State of California } SS
County of San Diego }

I, __Robert Hansell__, state that on
(Name of Server)

__11__ / __15__ /2023 at __12__:__17__ __P__ M, I served the:
(Date of Service)     (Time of Service)

Summons, Complaint, & Exhibits; Civil Cover Sheet

upon: Soltura LLC dba Bucanero USA

therein named, personally at:   312 N. Rios Avenue
Solana Beach, CA 92075

by handing to and leaving with:

[X]  the Registered Agent of Soltura LLC dba Bucanero USA
[ ]  an Officer of Soltura LLC dba Bucanero USA

__Martin Wadley__                                  __Registered Agent__
(Name of the Person with whom the documents were left)   (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: __11__ /__21__ /2023        __[signature]__
                                       (Signature of Server)

                                       __Robert Hansell RPS #1422__
                                       (Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GRETR2 291885 5040

Re: 218649.010000



**METRO LEGAL**
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com

-1-