**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO. 1:23-cv-24350-DPG

LAGUNITAS BREWING COMPANY d/b/a
CERVECERIA LA TROPICAL, and
LA TROPICAL HOLDINGS B.V.,

    Plaintiffs,

v.

SOLTURA, LLC d/b/a BUCANERO USA,

    Defendant.
_____/

## NOTICE OF PARTY WITH FINANCIAL INTEREST AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant, certifies to the best of their knowledge that:

1. Defendant Soltura, LLC d/b/a Bucanero USA has no parent company and there is no public entity that owns 10% or more of its stock;

2. A supplemental notice will be filed upon any change in the information provided herein.

1

Respectfully submitted this 6th day of December, 2023.

**GORDON REES SCULLY MANSUKHANI, LLP**

*s/ Joseph A. Sacher*
**JOSEPH A. SACHER**
FBN 174920
*jsacher@grsm.com*
Miami Tower, Suite 3900
100 SE Second Street
Miami, FL 33131
Tel: 305-428-5339

**MICHELMAN & ROBINSON, LLP**

Jeff Farrow, Esq. *(PHV forthcoming)*
Email: jfarrow@mrllp.com
17901 Von Karman Avenue, 10th Floor
Irvine, CA 92614
Tel: 714-557-7990

**COUNSEL FOR DEFENDANT**