UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LAGUNITAS BREWING COMPANY d/b/a
CERVECERIA LA TROPICAL, and
LA TROPICAL HOLDINGS B.V.,

    Plaintiffs,                                      CASE NO. 1:23-cv-24350-DPG

v.

SOLTURA, LLC d/b/a BUCANERO USA,

    Defendant.
_____/

**UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jeffrey D. Farrow of the law firm of Michelman & Robinson, LLP, 17901 Von Karman Avenue, 10th Floor, Irvine, CA 92614, for purposes of appearance as co-counsel on behalf of Defendant Soltura, LLC d/b/a Bucanero USA in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jeffrey D. Farrow to receive electronic filings in this case, and in support thereof states as follows:

    1.    Jeffrey D. Farrow, Esquire, is a member in good standing and admitted to practice in the State of California, the United States District Courts for the Southern, Central, Eastern and Northern Districts of California, the United States Court of Appeals for the Ninth Circuit, and the District of Columbia.

2. Movant, Joseph A. Sacher, Esquire, of the law firm of Gordon Rees Scully Mansukhani, LLC, 100 SE Second Street, Suite 3900, Miami, FL 33131, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, and who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Jeffrey D. Farrow has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Jeffrey D. Farrow, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jeffrey D. Farrow at email address: jfarrow@mrllp.com.

WHEREFORE, Joseph A. Sacher, moves this Court to enter an Order authorizing Jeffrey D. Farrow to appear before this Court on behalf of Defendant Soltura, LLC d/b/a Bucanero USA, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jeffrey D. Farrow.

## **RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Rule 7.1(a)(3), Local Rules, United States District Court, Southern District of Florida, the undersigned has conferred with counsel for the Plaintiff and is authorized to represent that the Plaintiff does not oppose the entry of an order granting this motion.

Date: December 20, 2023

Respectfully submitted,

*/s/ Joseph A. Sacher*
Joseph A. Sacher (174920)
**GORDON REES SCULLY MANSUKHANI**
Miami Tower, 100 SE Second Street, Suite 3900
Miami, FL 33131
Phone: (305) 428-5339
Fax: (877) 634-7245
Email: jsacher@grsm.com
*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

LAGUNITAS BREWING COMPANY d/b/a
CERVECERIA LA TROPICAL, and
LA TROPICAL HOLDINGS B.V.,

    Plaintiffs,                                             CASE NO. 1:23-cv-24350-DPG

v.

SOLTURA, LLC d/b/a BUCANERO USA,

    Defendant.
_____/

**CERTIFICATION OF JEFFREY D. FARROW**

    Jeffrey D. Farrow, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing and admitted to practice in the State of California, the United States District Courts for the Southern, Central, Eastern and Northern Districts of California, the United States Court of Appeals for the Ninth Circuit, and the District of Columbia.

                                                                  */s/ Jeffrey D. Farrow*_____
                                                                  Jeffrey D. Farrow, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served upon all counsel in this matter by electronically filing the same with the CM/ECF electronic filing system, on December 20, 2023 on all counsel or parties of record on the service list.

*/s/ Joseph A. Sacher*
Joseph A. Sacher