**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

LAGUNITAS BREWING COMPANY d/b/a
CERVECERIA LA TROPICAL, and
LA TROPICAL HOLDINGS B.V.,

    Plaintiffs,    CASE NO. 1:23-cv-24350-DPG

v.

SOLTURA, LLC d/b/a BUCANERO USA,

    Defendant.
_____/

**ORDER GRANTING UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Unopposed Motion to Appear *Pro Hac Vice* for Jeffrey D. Farrow, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Jeffrey D. Farrow, may appear and participate in this action on behalf of Defendant Soltura, LLC d/b/a Bucanero USA. The Clerk shall provide electronic notification of all electronic filings to Jeffrey D. Farrow, at jfarrow@mrllp.com.

1

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this ___ day of December, 2023.

_____
HONORABLE DARRIN P. GAYLES
United States District Judge

Copies furnished to: All Counsel of Record