UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-CV-24350-GAYLES/LOUIS

| | |
|---|---|
| LAGUNITAS BREWING COMPANY dba CERVECERIA LA TROPICAL, and LA TROPICAL HOLDINGS B.V., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| SOLTURA, LLC dba BUCANERO USA and MARTIN WADLEY, an individual, | ) ) ) |
| Defendants. | ) ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs/Counter-Defendants Lagunitas Brewing Company d/b/a Cerveceria La Tropical and La Tropical Holdings B.V. ("Plaintiffs") and Defendants/Counter-Plaintiffs Soltura, LLC d/b/a Bucanero USA and Martin Wadley ("Defendants," together with Plaintiffs, the "Parties") hereby file this joint notice to advise the Court, pursuant to S.D. Fla. L.R. 16.4, that the Parties have reached a settlement in principle. The parties are in the process of memorializing the terms of this settlement and expect to have appropriate dismissal papers filed in the coming days.

Dated: May 19, 2025

*/s/Mark A. Salky*
Mark A. Salky (Florida Bar No.: 58221)
Email: mark.salky@gtlaw.com
James E. Gillenwater (Florida Bar No.: 1013518)
Email: gillenwaterj@gtlaw.com
Emiley Pagrabs (Florida Bar No.: 1030834)
Email: pagrabse@gtlaw.com
GREENBERG TRAURIG, P.A.
333 SE 2nd Avenue, Suite 4400

Respectfully submitted,

*/s/ Joseph A. Sacher*
JOSEPH A. SACHER
Florida Bar No. 174920
Gordon Rees Scully Mansukhani, LLP
Miami Tower, Suite 3900
100 SE Second Street
Miami, FL 33131
Telephone: (305) 428-5339
Email: jsacher@grsm.com

1

Miami, FL 33131
Tel.: (305) 579-0500
Facsimile: (305) 579-0717

Steven J. Wadyka Jr. (admitted *pro hac vice*)
Email: wadykas@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

Molly R. Littman-Johnson (admitted *pro hac vice*)
Email: molly.littman@gtlaw.com
GREENBERG TRAURIG, LLP
90 S 7th Street, Suite 3500
Minneapolis, MN 55402
(612) 259-9669

*Attorneys for Plaintiffs*
*Lagunitas Brewing Company d/b/a Cerveceria La Tropical and La Tropical Holdings B.V.*

Jeffrey D. Farrow, Esq.
*(*admitted *pro hac vice)*
Michelman & Robinson, LLP
17901 Von Karman Avenue, 10th Floor
Irvine, CA 92614
Telephone: (714) 557-7990
Email: jfarrow@mrllp.com

*Attorneys for Defendant Soltura, LLC d/b/a Bucanero USA and Martin Wadley*